AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

Harry Whitlock, on behalf of his deceased children, Melissa Whitlock and Michael Whitlock, and (SEE ATTACHED)

Plaintiff

v.

Pepsi Americas; Whitman Corporation; Pneumo Abex Corporation; Does I-XX,

Defendant

Civil Action No. CV-08-2742 JCS

**Summons in a Civil Action**

To: Pepsi Americas, Whitman Corporation; Pneumo Abex Corporation, Does I-XX
(Defendant's name)

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

WILLIAM M. SIMPICH
TESFAYE W. TSADSIK
1736 Franklin Street, 10th Floor
Oakland, California 94612-3423

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: 6-30-08

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**ADDITIONAL PLAINTIFFS:**
Fern Sue Broyles;
Shebia Cornett, (as guardian ad litem for Franklin Winnemucka);
Melissa Anastasiou Dalton, (individually and as guardian ad litem for Kala Smith, Rebekah Mabery Anastasiou, and Michael Mabery);
Angela Harrington, (as guardian ad litem for John Davies II, Melissa Davies, and Michelle Davies);
Leland J. Chalmers, Jr.;
Wanda Farmer;
Linda Gayle Ford;
Alvin E. Ford;
Timothy E. Ford;
Daniel W. Ford;
Tracy L. Ford;
Melinda J. Ford;
Juanita Shumaker;
Danielle Smith, (individually and as guardian ad litem for Daniel Mendez);
Mary Sweet,
Loretta Thomsen,
Jack Tuttle,
Jo Ann Wakeland, individually and as guardian ad litem for Jonathan Wakeland;
Ralph Weber;
Ruth Weber

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address