1  LATHAM & WATKINS LLP
     Ernest J. Getto (Bar No. 55662)
2    ernest.getto@lw.com
     Richard W. Raushenbush (Bar No. 134983)
3    richard.raushenbush@lw.com
     Holly J. Tate (Bar No. 237561)
4    holly.tate@lw.com
   505 Montgomery Street, Suite 2000
5  San Francisco, California  94111-2562
   Telephone:  (415) 391-0600
6  Facsimile:  (415) 395-8095

7  LATHAM & WATKINS LLP
     Collie F. James (Bar No. 192318)
8    collie.james@lw.com
     Charity M. Gilbreth (Bar No. 223504)
9    charity.gilbreth@lw.com
   650 Town Center Drive, 20th Floor
10 Costa Mesa, CA 92626
   Telephone:  (714) 540-1235
11 Facsimile:  (714) 755-8290

12 Attorneys for Defendant Pneumo Abex LLC
   (successor to Pneumo Abex Corporation)

13

UNITED STATES DISTRICT COURT

14

NORTHERN DISTRICT OF CALIFORNIA

15

16

17 HARRY WHITLOCK, ON BEHALF OF HIS
   DECEASED CHILDREN MELISSA
   WHITLOCK AND MICHAEL WHITLOCK;
18 FERN SUE BROYLES; SHEBIA
   CORNETT, AS GUARDIAN *AD LITEM*
19 FOR FRANKLIN WINNEMUCKA;
   MELISSA ANASTASIOU DALTON,
20 INDIVIDUALLY AND AS GUARDIAN *AD
   LITEM* FOR KALA SMITH, REBEKAH
21 MABERRY ANASTASIOU AND
   MICHAEL MABERRY; ANGELA
22 HARRINGTON AS GUARDIAN *AD LITEM*
   FOR JOHN DAVIES, II, MELISSA DAVIES
23 AND MICHELLE DAVIES; LELAND J.
   CHALMERS, JR.; WANDA FARMER;
24 LINDA GAYLE FORD; ALVIN E. FORD;
   TIMOTHY E. FORD; DANIEL W. FORD;
25 TRACY L. FORD; MELINDA J. FORD;
   JUANITA SHUMAKER; DANIELLE
26 SMITH, INDIVIDUALLY AND AS
   GUARDIAN *AD LITEM* FOR DANIEL
27 MENDEZ; MARY SWEET; LORETTA
   THOMSEN; JACK TUTTLE; JO ANN
28 WAKELAND, INDIVIDUALLY AND AS

CASE NO. C-08-2742 JCS

**NOTICE OF RELATED CASE**

(Honorable Joseph C. Spero)

| | |
|---|---|
| 1 | GUARDIAN *AD LITEM* FOR JONATHAN WAKELAND; RALPH WEBER; RUTH WEBER, |
| 2 | |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | PEPSIAMERICAS; WHITMAN CORPORATION PNEUMO ABEX CORPORATION; DOES 1-XX, |
| 6 | |
| 7 | Defendants. |

8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN pursuant to Civil L.R. 3-12 that the above captioned case is related to the following actions previously filed in the United States District Court, Northern District of California:[1]

C-06-2555 SI   *Nickerman, et al. v. Remco Hydraulics, Inc., et al.*

C-01-0266 SI   *Arlich, et al. v. Willits Environmental Remediation Trust, et al.*

C-99-3941 SI   *Avila, et al. v. Willits Environmental Remediation Trust, et al.*

C-96-0283 SI   *People of the State of California, et al. v. Remco Hydraulics, Inc. et al.*

The cases are related in that plaintiffs in this action and plaintiffs in the consolidated *Avila*, *Arlich*, and *Nickerman* actions all are alleging personal injury and property damage claims based on alleged contamination arising from the former Remco Hydraulics facility in Willits, California allegedly caused by the same defendants.  In addition, other plaintiffs sought remediation of the same contamination in *People v. Remco*, and the Court currently supervises that remediation by the Willits Environmental Remediation Trust through a Consent Decree entered in that case.

The assignment of these cases to Judge Susan Illston, who currently hears the related cases, will conserve judicial resources and promote efficient determination of the actions.

Dated:  July 15, 2008                           Respectfully submitted,

LATHAM & WATKINS
   Ernest J. Getto
   Richard W. Raushenbush
   Collie F. James
   Holly J. Tate

By _____
   Holly J. Tate
   Attorneys for Defendant Pneumo Abex LLC
   (successor to Pneumo Abex Corporation)

---

[1] These four cases, as well as another suit, C-98-3987 SI, *John F. Hernandez, et al. v. Remco Hydraulics, Inc. et al.*, the dismissal of which was upheld by the Ninth Circuit, were previously deemed related pursuant to related case orders issued by the Court on July 2, 2001 and April 24, 2006.