1  LATHAM & WATKINS LLP
   Ernest J. Getto (Bar No. 55662)
2  ernest.getto@lw.com
   Richard W. Raushenbush (Bar No. 134983)
3  richard.raushenbush@lw.com
   Holly J. Tate (Bar No. 237561)
4  holly.tate@lw.com
   505 Montgomery Street, Suite 2000
5  San Francisco, California 94111-2562
   Telephone: (415) 391-0600
6  Facsimile: (415) 395-8095

7  LATHAM & WATKINS LLP
   Collie F. James (Bar No. 192318)
8  collie.james@lw.com
   Charity M. Gilbreth (Bar No. 223504)
9  charity.gilbreth@lw.com
   650 Town Center Drive, 20th Floor
10 Costa Mesa, CA 92626
   Telephone: (714) 540-1235
11 Facsimile: (714) 755-8290

12 Attorneys for Defendant Pneumo Abex LLC
   (successor to Pneumo Abex Corporation)
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16 PEODLE OF THE STATE OF           CASE NO. C-96-0283
   CALIFORNIA, et al.,
17                                  The Honorable Susan Illston
              Plaintiffs,
18                                  **STIPULATION AND [PROPOSED] ORDER
        v.                          RELATING CASES**
19 REMCO HYDRAULICS, INC., et al.,
   Defendants.
20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER RELATING CASES
CASE NO. C-96-0283

## STIPULATION

WHEREAS, an action has been filed in this district entitled *Whitlock, et al. v. PepsiAmericas, et al.*, Case No. C-08-2748 JCS ("*Whitlock*");

WHEREAS, the *Whitlock* case is related to the above-captioned case, *People of the State of California, et al. v. Remco Hydraulics, Inc. et al.* ("*People v. Remco*"), Case No. C-96-0283 SI, because plaintiffs in both actions are seeking remediation of contamination arising from the former Remco Hydraulics facility in Willits, California;

WHEREAS, the *Whitlock* case is also related to *Avila, et al. v. Willits Environmental Remediation Trust, et al.*, Case No. C-99-3941 SI ("*Avila*") (consolidated with *Arlich, et al. v. Willits Environmental Remediation Trust, et al.*, Case No. C-01-0266 SI ("*Arlich*"), and *Nickerman, et al. v. Remco Hydraulics, Inc., et al.*, Case No. C-06-2555 SI ("*Nickerman*")) in that plaintiffs in these actions are alleging personal injury and property damage claims based on alleged contamination arising from the former Remco Hydraulics facility allegedly caused by the same defendants;

WHEREAS, because the *Whitlock* case is the fourth toxic tort action in which plaintiffs have asserted similar claims, the parties to the *Whitlock* case believe that efficiency would be served if the Court were to set an early case management conference in the *Whitlock* case and permit the parties to forego the formalities of the initial disclosure and Rule 26 processes until such case management conference is held.

THEREFORE, subject to Court approval, the parties to the *Whitlock* case STIPULATE that the *Whitlock* case is related to *People v. Remco* and the *Avila* case (consolidated with the *Arlich* and *Nickerman* cases). The parties further STIPULATE to the

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1 | holding of an early case management conference and to the foregoing of the initial disclosure
2 | and Rule 26 processes until such case management conference is held.

Dated: July 11, 2008                    LATHAM & WATKINS LLP

                                        By _____
                                        Holly J. Tate
                                        Attorneys for Defendant
                                        PNEUMO ABEX LLC (successor to
                                        Pneumo Abex Corporation)

Dated: July 15, 2008                    WILLIAM SIMPICH, Esq.

                                        By _____
                                        William Simpich
                                        Attorneys for Plaintiffs

Dated: July ___, 2008                   TESFAYE W. TSADIK, ESQ.


                                        By _____
                                        Tesfaye W. Tsadik
                                        Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated: _____, 2008            [signature: Susan Illston]

                                        _____
                                        HON. SUSAN ILLSTON
                                        JUDGE, UNITED STATES DISTRICT COURT

SF\663066.1