WILLIAM M. SIMPICH, ESQ. (SB#106672)
1736 Franklin, Tenth Floor
Oakland, California 94612
Telephone: (510) 444-0226
Facsimile (510) 444-1704

TESFAYE W. TSADIK, ESQ. (SB#108103)
Law Offices of Tesfaye W. Tsadik
1736 Franklin, Tenth Floor
Oakland, California 94612
Telephone: (510)-839-3922
Facsimile (510) 444-1704

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Harry Whitlock, on behalf of his deceased children Melissa Whitlock and Michael Whitlock; Fern Sue Broyles; Shebia Cornett, as guardian ad litem for Franklin Winnemucka; Melissa Anastasiou Dalton, individually and as guardian ad litem for Kala Smith, Rebekah Mabery Anastasiou, and Michael Mabery; Angela Harrington, as guardian ad litem for John Davies, II, Melissa Davies, and Michelle Davies; Leland J. Chalmers, Jr.; Wanda Farmer; Linda Gayle Ford; Alvin E. Ford; Timothy E. Ford; Daniel W. Ford; Tracy L. Ford; Melinda J. Ford; Juanita Shumaker; Danielle Smith, individually and as guardian ad litem for Daniel Mendez; Mary Sweet, Loretta Thomsen, Jack Tuttle, Jo Ann Wakeland, individually and as guardian ad litem for Jonathan Wakeland; Ralph Weber; Ruth Weber

     Plaintiffs,
 vs.

Pepsi Americas; Whitman Corporation; Pneumo Abex Corporation; Does I-XX,

     Defendants.

Case No. CV 08-2742 JCS

**PROOF OF SERVICE
RE: SUMMONS & COMPLAINT
[DEFENDANT, PNEUMO ABEX
CORPORATION]**

-1-

I, Susan Doyle, declare and say:

1. I am over the age of eighteen and not a party to the above case.

2. I have personal knowledge of all the matters stated herein and, if called as a witness, I could competently testify thereto, except as to those matters stated upon information and belief and to those matters I believe them to be true.

3. I am employed in the County of Alameda. My business address is 1736 Franklin Street, 10th Floor, Oakland, California, 94612.

3. On May 10, 2005, I served a copy of the following documents:

    1. Summons
    2. Complaint
    3. Order Setting Initial Case Management Conference & ADR Deadlines
    4. Standing Order Re: Case Management Conference
    5. ECF Registration Information Handout
    6. Notice of Assignment of Case to a Us Magistrate Judge for Trial

To the following address by Certified Mail/Return Receipt:

**Pneumo Abex Corporation**
c/o The Prentice Hall
Corporation Systam Inc
2711 Centerville Road, Suite 400
Wilmington, DE 19808

A true and correct copy of the signed return receipt is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 7/24/08 in Oakland, California.

                                              Susan Doyle

# EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Laura Cooper* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Pneumo Abex Corporation<br>c/o The Prentice-Hall<br>Corporation System Inc<br>2711 Centerville Rd<br>Suite 400<br>Wilmington, DE 19808 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>[Postmark: WILMINGTON DE JUL 03 2008 19808]<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 3450 0000 0358 2065 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540