```
 1  WILLIAM M. SIMPICH, ESQ. (SB#106672)
    1736 Franklin, Tenth Floor
 2  Oakland, California 94612
    Telephone: (510) 444-0226
 3  Facsimile (510) 444-1704

 4  TESFAYE W. TSADIK, ESQ. (SB#108103)
    Law Offices of Tesfaye W. Tsadik
 5  1736 Franklin, Tenth Floor
    Oakland, California 94612
 6  Telephone: (510)-839-3922
    Facsimile (510) 444-1704
 7
    Attorneys for Plaintiffs
 8
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Harry Whitlock, on behalf of his deceased children Melissa Whitlock and Michael Whitlock; Fern Sue Broyles; Shebia Cornett, as guardian ad litem for Franklin Winnemucka; Melissa Anastasiou Dalton, individually and as guardian ad litem for Kala Smith, Rebekah Mabery Anastasiou, and Michael Mabery; Angela Harrington, as guardian ad litem for John Davies, II, Melissa Davies, and Michelle Davies; Leland J. Chalmers, Jr.; Wanda Farmer; Linda Gayle Ford; Alvin E. Ford; Timothy E. Ford; Daniel W. Ford; Tracy L. Ford; Melinda J. Ford; Juanita Shumaker; Danielle Smith, individually and as guardian ad litem for Daniel Mendez; Mary Sweet, Loretta Thomsen, Jack Tuttle, Jo Ann Wakeland, individually and as guardian ad litem for Jonathan Wakeland; Ralph Weber; Ruth Weber<br>    Plaintiffs,<br> vs.<br>Pepsi Americas; Whitman Corporation; Pneumo Abex Corporation; Does I-XX,<br>    Defendants. | Case No. CV 08-2742 JCS<br><br>**PROOF OF SERVICE**<br>**RE: SUMMONS AND COMPLAINT**<br>**[DEFENDANT, PEPSI AMERICAS]** |

-1-

I, Susan Doyle, declare and say:

1. I am over the age of eighteen and not a party to the above case.

2. I have personal knowledge of all the matters stated herein and, if called as a witness, I could competently testify thereto, except as to those matters stated upon information and belief and to those matters I believe them to be true.

3. I am employed in the County of Alameda. My business address is 1736 Franklin Street, 10th Floor, Oakland, California, 94612.

3. On May 10, 2005, I served a copy of the following documents:

    1. Summons
    2. Complaint
    3. Order Setting Initial Case Management Conference & ADR Deadlines
    4. Standing Order Re: Case Management Conference
    5. ECF Registration Information Handout
    6. Notice of Assignment of Case to a Us Magistrate Judge for Trial

To the following address by Certified Mail/Return Receipt:

**Pepsi Americas**
c/o CT Corporation System
208 S LaSalle Street, Suite 814
Chicago, IL 60604

A true and correct copy of the signed return receipt is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 7/24/08 in Oakland, California.

                                    Susan Doyle

# EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Pepsi Americas<br>c/o CT Corporation System<br>208 S LaSalle St<br>Suite 814<br>Chicago, IL 60604 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>RECEIVED JUL 08 2008 CT LEGAL DEPT<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 3020 0000 9916 7735 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540