1   LATHAM & WATKINS LLP
        Ernest J. Getto (Bar No. 55662)
2       ernest.getto@lw.com
        Richard W. Raushenbush (Bar No. 134983)
3       richard.raushenbush@lw.com
        Holly J. Tate (Bar No. 237561)
4       holly.tate@lw.com
    505 Montgomery Street, Suite 2000
5   San Francisco, California  94111-2562
    Telephone:  (415) 391-0600
6   Facsimile:  (415) 395-8095

7   LATHAM & WATKINS LLP
        Collie F. James (Bar No. 192318)
8       collie.james@lw.com
        Charity M. Gilbreth (Bar No. 223504)
9       charity.gilbreth@lw.com
    650 Town Center Drive, 20th Floor
10  Costa Mesa, CA 92626
    Telephone:  (714) 540-1235
11  Facsimile:  (714) 755-8290

12  Attorneys for Defendant Pneumo Abex LLC
    (successor to Pneumo Abex Corporation)

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16
    HARRY WHITLOCK, ON BEHALF OF HIS          CASE NO. C-08-2742 SI
17  DECEASED CHILDREN MELISSA
    WHITLOCK AND MICHAEL WHITLOCK;            **ANSWER OF DEFENDANT PNEUMO
18  FERN SUE BROYLES; SHEBIA                  ABEX LLC TO PLAINTIFFS' COMPLAINT**
    CORNETT, AS GUARDIAN *AD LITEM*
19  FOR FRANKLIN WINNEMUCKA;                  (Honorable Susan Illston)
    MELISSA ANASTASIOU DALTON,
20  INDIVIDUALLY AND AS GUARDIAN *AD
    LITEM* FOR KALA SMITH, REBEKAH
21  MABERRY ANASTASIOU AND
    MICHAEL MABERRY; ANGELA
22  HARRINGTON AS GUARDIAN *AD LITEM*
    FOR JOHN DAVIES, II, MELISSA DAVIES
23  AND MICHELLE DAVIES; LELAND J.
    CHALMERS, JR.; WANDA FARMER;
24  LINDA GAYLE FORD; ALVIN E. FORD;
    TIMOTHY E. FORD; DANIEL W. FORD;
25  TRACY L. FORD; MELINDA J. FORD;
    JUANITA SHUMAKER; DANIELLE
26  SMITH, INDIVIDUALLY AND AS
    GUARDIAN *AD LITEM* FOR DANIEL
27  MENDEZ; MARY SWEET; LORETTA
    THOMSEN; JACK TUTTLE; JO ANN
28  WAKELAND, INDIVIDUALLY AND AS

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

                                        ANSWER OF DEFENDANT PNEUMO
                                        ABEX LLC TO PLAINTIFFS' COMPLAINT
                                        CASE NO. C-08-2742 SI

1  GUARDIAN *AD LITEM* FOR JONATHAN
   WAKELAND; RALPH WEBER; RUTH
2  WEBER,

3                    Plaintiffs,

4        v.

5  PEPSIAMERICAS; WHITMAN
   CORPORATION PNEUMO ABEX
6  CORPORATION; DOES 1-XX,

7                    Defendants.

8  / / /

9  / / /

10 / / /

11 / / /

12 / / /

13 / / /

14 / / /

15 / / /

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ANSWER OF DEFENDANT PNEUMO
ABEX LLC TO PLAINTIFFS' COMPLAINT
CASE NO. C-08-2742 SI

1    Defendant Pneumo Abex LLC, successor to Pneumo Abex Corporation ("Pneumo

2    Abex") responds to Plaintiffs' Complaint as follows:

3    1.    Paragraph 1 is a statement of Plaintiffs' allegations and thus no response is

4    required.

5    2.    Pneumo Abex is without knowledge or information sufficient to form a

6    belief as to the truth of the allegation in Paragraph 2 regarding the residency of the Plaintiffs, and

7    therefore denies this allegation.  Pneumo Abex admits that it does not "admit that the

8    contamination is endangering the environment as well as the health, safety and welfare of the

9    City's citizens.  Pneumo Abex denies the remaining allegations contained in Paragraph 2.

10    3.    Pneumo Abex denies each and every allegation contained in Paragraph 3.

11    4.    Paragraph 4 is a statement of the relief sought by the Plaintiffs.  As such,

12    no response is required, but Pneumo Abex denies that it is liable for the relief sought.

13    5.    Pneumo Abex admits that Plaintiffs have attempted to state certain claims

14    under California law, but denies that Plaintiffs' claims have merit.  Pneumo Abex admits that

15    this case is properly before this federal district court and admits that venue is proper in this

16    Court.

17    **PARTIES**

18    6.    Pneumo Abex denies the allegation that Remco contaminants may have

19    affected the health of any of the Plaintiffs and the allegations that specific Plaintiffs learned of

20    this effect within the applicable statute of limitations.  Pnuemo Abex admits that Plaintiff Leland

21    J. Chalmers, Jr. worked at Remco and was hired on January 17, 1973.  Pneumo Abex is without

22    knowledge or information to form a belief as to the truth of the remaining allegations contained

23    in Paragraph 6.A to 6.N, and therefore denies them.

24    7.    Pneumo Abex admits that, on April 4, 1997, Remco Hydraulics, Inc.

25    executed a quitclaim deed to the real property at 934 South Main Street, Willits, California, in

26    favor of "Willits Environmental Remediation Trust; National Remediation Trust Management

27    Company, L.L.C., a Nevada Limited Liability Company, Trustee."  Pneumo Abex denies the

28    remaining allegations of Paragraph 7.

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ANSWER OF DEFENDANT PNEUMO
ABEX LLC TO PLAINTIFFS' COMPLAINT
CASE NO. C-08-2742 SI

1        8.     Pneumo Abex admits that, between 1988 and 1997, the former Remco

2   Hydraulics facility at 934 South Main Street, Willits, California was owned by Remco

3   Hydraulics, Inc., a California corporation that no longer exists, and which was a wholly-owned

4   subsidiary of M-C Industries, Inc., a Delaware corporation that no longer exists, and that such

5   Remco Hydraulics, Inc. operated such facility from 1988 to approximately 1995.  Pneumo Abex

6   denies the remaining allegations of Paragraph 8.

7        9.     Pneumo Abex admits that Abex Corporation was a Delaware corporation,

8   that Abex Corporation owned and operated a business located at 934 South Main Street, Willits,

9   California through its Remco Hydraulics Division from October 1, 1977 to November 29, 1988,

10  that Abex Corporation became a subsidiary of PA Holdings Corporation on August 28, 1988,

11  that Abex Corporation dissolved in 1990 as part of a consolidation into PA Holdings Corporation

12  on August 25, 1990, that PA Holdings Corporation changed its name to Pneumo Abex

13  Corporation on November 1, 1990, and that Abex Corporation was a predecessor of Pneumo

14  Abex Corporation, a Delaware corporation.  Pneumo Abex denies the remaining allegations

15  contained in Paragraph 9.

16       10.    Pneumo Abex admits that, on August 21, 1968, Stanray Corporation

17  acquired the stock of Remco Hydraulics, Inc., a California corporation.  On April 24, 1969,

18  Remco Hydraulics, Inc. was merged into American Fabricated Products Co., an Indiana

19  corporation and another subsidiary of Stanray Corporation, and the surviving corporation took

20  the Remco Hydraulics, Inc. name.  On August 23, 1971, Remco Hydraulics, Inc., an Indiana

21  corporation, was merged into Stanray Corporation.  Pneumo Abex admits that the former Remco

22  Hydraulics facility at 934 South Main Street, Willits, California was operated for a period of

23  time as Harrah Brothers Machine Shop, that Remco Mfg. Co. was incorporated in the State of

24  California on January 25, 1961, that Remco Mfg. Co. changed its name to Remco Hydraulics on

25  April 18, 1961, and that Stanray Corporation acquired the stock of Remco Hydraulics, Inc. on

26  August 21, 1968.  Defendant Whitman Corporation was formerly known as IC Industries, Inc.

27  On September 30, 1977, IC Industries, Inc.'s subsidiary, IC Products Company, was merged into

28  Stanray Corporation, which previously became a subsidiary of IC Industries, Inc. on April 26,

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

ANSWER OF DEFENDANT PNEUMO
ABEX LLC TO PLAINTIFFS' COMPLAINT
CASE NO. C-08-2742 SI

1    1977 via a merger into S Corporation, which then took the name Stanray Corporation. On

2    October 1, 1977, Stanray Corporation then took the name IC Products Company and that same

3    day transferred its assets and liabilities (except its Sea Nymph Division) to Abex Corporation, a

4    subsidiary. In 1990, IC Products Company was merged into Whitman Corporation, which,

5    following additional transactions, was re-named PepsiAmericas, Inc. in January 2001. Pneumo

6    Abex lacks sufficient information to form a belief as to the truth of the remaining allegations

7    contained in Paragraph 10, and therefore denies them.

8           11.     Pneumo Abex denies that, during 2000, "the assets and liabilities of

9    Whitman and Pneumo Amex [sic] were purchased by Defendant Pepsi Americas." Pneumo

10   Abex admits that Remco and M-C Industries filed petitions for bankruptcy on August 22, 1995,

11   no longer exist, have no known assets, have no known insurance policies that would provide

12   coverage for the claims asserted in this action, and are not named defendants in this action.

13                          **FACTUAL BACKGROUND**

14       <u>**Geographical Location**</u>

15          12.     Pneumo Abex denies that Paragraph 12 contains a full and accurate

16   description of the former Remco Hydraulics facility at 934 South Main Street, Willits, California

17   or its surroundings. Pneumo Abex denies the remaining allegations contained in Paragraph 12.

18          13.     Pneumo Abex admits that a storm drain runs along the northern edge of

19   the former Remco Hydraulics facility at 934 South Main Street, Willits, California, and through

20   a series of pipes, into Baechtel Creek. Pneumo Abex is without knowledge or information

21   sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 13

22   and therefore denies them.

23          14.     Pneumo Abex is without knowledge or information sufficient to form a

24   belief as to the truth of the allegations contained in Paragraph 14 and therefore denies them.

25          15.     Pneumo Abex admits that water table levels rise in the rainy months, but

26   denies that the allegations contained in Paragraph 15 are a full and accurate description of

27   groundwater conditions and activity at the former Remco Hydraulics facility at 934 South Main

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

ANSWER OF DEFENDANT PNEUMO
ABEX LLC TO PLAINTIFFS' COMPLAINT
CASE NO. C-08-2742 SI

1    Street, Willits, California. Pnuemo Abex denies any remaining allegations contained in

2    Paragraph 15.

3        16.    On information and belief, Pneumo Abex denies that the upper unconfined

4    water bearing zone in Little Lake Valley is an aquifer as alleged in Paragraph 16. Pneumo Abex

5    further denies that any drinking water wells exist on-site or on Franklin Avenue bordering the

6    former Remco Hydraulics facility at 934 South Main Street, Willits, California. Pneumo Abex

7    admits the remaining allegations contained in Paragraph 16.

8        17.    Pneumo Abex denies that Paragraph 17 contains a full and accurate

9    description of aspects of the site or of the toxicological effects of the listed metals and chemicals.

10   Pneumo Abex lacks sufficient information to form a belief as to the truth of the allegations

11   contained in Paragraph 17, and therefore denies them.

12       18.    Pneumo Abex lacks sufficient knowledge to form a belief as to the truth of

13   the allegation regarding the Water Board's discovery of an old underground riverbed. Pneumo

14   Abex denies the remaining allegations contained in Paragraph 18.

15       19.    Pneumo Abex admits that the California Department of Health Services,

16   under a cooperative agreement with the Agency for Toxic Substances and Disease Registry

17   conducted a study of airborne releases of hexavalent chromium from the former Remco facility

18   in Willits, California and reached certain conclusions based upon numerous assumptions utilized

19   in lieu of facts. Pneumo Abex denies the remaining allegations contained in Paragraph 19.

20       20.    Pneumo Abex admits that manufacturing processes took place inside a

21   main building at 934 South Main Street, Willits, California. Pneumo Abex denies the remaining

22   allegations contained in Paragraph 20.

23       21.    Pneumo Abex admits that there is a concrete-floored metal building at the

24   former Remco Hydraulics facility at 934 South Main Street, Willits, California, which is

25   approximately 154,000 square feet and was formerly used for offices and manufacturing

26   operations. Pneumo Abex admits that the eastern end of the building housed office and design

27   facilities for the former Remco facility. Pneumo Abex admits that six above-ground storage

28   tanks were located in a concrete-bermed area in the northwest portion of the former Remco

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

ANSWER OF DEFENDANT PNEUMO
ABEX LLC TO PLAINTIFFS' COMPLAINT
CASE NO. C-08-2742 SI

1    Hydraulics facility at 934 South Main Street, Willits, California.  These tanks were a 550-gallon

2    gasoline tank, a 550-gallon kerosene tank, a 5,000-gallon waste oil tank, a 5,000-gallon waste

3    coolant tank, a 7,500-gallon diesel tank, and a 9,945-gallon diesel tank.  The two diesel tanks

4    were installed in the mid-1970s, the kerosene tank was installed in the late 1970s, the waste oil

5    and waste coolant tanks were installed in approximately 1981, and the gasoline tank was

6    installed in approximately 1984.  The types of coolants stored in the waste coolant tank

7    reportedly included animal oil based machine coolants.  The four former fuel tanks were sold at

8    auction in August 1996.  The waste oil and waste coolant tanks were decontaminated and

9    disposed of in 1998 in accordance with applicable law.  Pneumo Abex denies any remaining

10    allegations contained in Paragraph 21.

11              22.      Pneumo Abex admits that there were tanks at the former Remco

12    Hydraulics facility at 934 South Main Street, Willits, California during periods of its operation as

13    a manufacturing facility.  Pneumo Abex denies that the allegations contained in Paragraph 22 are

14    full and accurate descriptions of the tanks located at the former Remco Hydraulics facility at 934

15    South Main Street, Willits, California.  Pneumo Abex admits that various portions of the former

16    Remco Hydraulics facility at 934 South Main Street, Willits, California were unpaved at certain

17    times in the past.  Pneumo Abex denies any remaining allegations contained in Paragraph 22.

18              23.      Pneumo Abex admits that Remco produced items such as hydraulic and

19    pneumatic cylinders used in a variety of military and civilian applications.  Pneumo Abex admits

20    that processes conducted by various entities at various times at the former Remco Hydraulics

21    facility at 934 South Main Street, Willits, California included machining, welding, sandblasting,

22    painting, and chrome plating.  Pneumo Abex denies that the allegations contained in Paragraph

23    23 are a full and accurate description of products produced at the former Remco Hydraulics

24    facility at 934 South Main Street, Willits, California.  Pneumo Abex lacks sufficient information

25    to form a belief as to the truth of the remaining allegations contained in Paragraph 23 and

26    therefore denies them.

27              24.      Pneumo Abex admits that processes conducted by various entities at

28    various times at the former Remco Hydraulics facility at 934 South Main Street, Willits,

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

ANSWER OF DEFENDANT PNEUMO
ABEX LLC TO PLAINTIFFS' COMPLAINT
CASE NO. C-08-2742 SI

1    California included machining, welding, sandblasting, painting, and chrome plating. Pneumo

2    Abex denies that the allegations contained in Paragraph 24 are a full and accurate description of

3    products produced at the former Remco Hydraulics facility at 934 South Main Street, Willits,

4    California. Pneumo Abex lacks sufficient information to form a belief as to the truth of the

5    remaining allegations contained in Paragraph 24 and therefore denies them.

6         25.    Pneumo Abex admits that certain of the processes conducted by various

7    entities at various times at the former Remco Hydraulics facility at 934 South Main Street,

8    Willits, California created waste. Pneumo Abex admits that the processes conducted by various

9    entities at various times at the former Remco Hydraulics facility at 934 South Main Street,

10   Willits, California included use of lubricating oils, cutting oils, hydraulic oils, coolants, caustic

11   baths, solvents, various acids and metals (including chrome). Pneumo Abex denies the

12   remaining allegations contained in Paragraph 25.

13        26.    Pneumo Abex admits that hydraulic fluids used to test the finished

14   cylinders sometimes became contaminated and could not be reused. These fluids were put into

15   55 gallon drums and transferred to the 5,000 gallon waste coolant tank to await pick up. These

16   large waste tanks for coolants and oil were installed in 1982. Prior to that, metal drums were

17   used to collect liquid wastes. These were stored outside until 25-30 drums had accumulated and

18   a pick-up would be scheduled. IT Corporation hauled these wastes to its Class 1 disposal site in

19   Martinez since 1974. Prior to 1974, coolants were discarded into the outside sump which was

20   pumped and hauled by Page Septic Service to a dump site on his property about three (3) miles

21   north and east of the city. Pneumo Abex denies any remaining allegations contained in

22   Paragraph 26.

23        27.    Pneumo Abex admits that the machine shops generated two types of

24   waste, lubricating oils and coolants, and certain solvents were used at certain times. Coolants

25   used during the machining process were collected by a sump in the body of the machine and

26   recycled. When the coolants were spent, they were drained into 55 gallon drums and transferred

27   to the 5,000 gallon waste coolant tank in the paved, bermed area out back. Coolants were also

28   collected in pans placed under the bins of oil coated scrap that were generated by the machining

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

6

ANSWER OF DEFENDANT PNEUMO
ABEX LLC TO PLAINTIFFS' COMPLAINT
CASE NO. C-08-2742 SI

1  process. The collected oil was added to the waste tank out back. Pneumo Abex denies the

2  remaining allegations of Paragraph 27.

3          28.    Pneumo Abex admits that the plating area generated waste, that chromic

4  acid was used in plating hydraulic cylinders at the former Remco Hydraulics facility at 934

5  South Main Street, Willits, California, that there were initially two waste streams from this area:

6  the actual chromic acid rinsewaters and the cooling water circulated through the cooling coils

7  that lined the plating tanks and vessels, and that uncontaminated cooling water originally

8  discharged to the storm drain system. Pneumo Abex admits that in August 1981 a pinhole leak

9  in one of the cooling coils contaminated the cooling water with chromic acid which ended up in

10 the creek. About 25,000 gallons of contaminated creek water was pumped and hauled off-site.

11 After this incident, Remco installed a sump to collect the bleed off water. Pneumo Abex denies

12 the remaining allegations contained in Paragraph 28.

13          29.    Pneumo Abex admits that chrome plating rinse water was collected in a

14 steel-lined concrete sump under the two above-ground horizontal chrome plating tanks, that IT

15 Corporation hauled some such waste to a licensed Class I hazardous waste disposal site, and that

16 some such waste was hauled by Page Septic Service. Pneumo Abex denies the accuracy of the

17 remaining allegations in Paragraph 29, and therefore denies them.

18          30.    Pneumo Abex denies each and every allegation of Paragraph 30.

19          31.    Pneumo Abex admits that there were some citizen complaints of

20 contamination reaching Baechtel Creek and that Remco addressed any such contamination.

21 Pneumo Abex denies the remaining allegations of Paragraph 31.

22          32.    Pneumo Abex admits that a Water Board document includes the quoted

23 statement but denies that this statement was a Water Board "finding" and denies that Paragraph

24 32 contains a full and accurate description of that Water Board document or the events it

25 describes. Pneumo Abex denies the remaining allegations contained in Paragraph 32.

26          33.    Pneumo Abex admits the allegations contained in Paragraph 33.

27          34.    Pneumo Abex admits that a Water Board document includes the quoted

28 statement but denies that this statement was a Water Board "finding" and denies that Paragraph

LATHAM&WATKINS⊔ᴘ
ATTORNEYS AT LAW
SAN FRANCISCO

7

ANSWER OF DEFENDANT PNEUMO
ABEX LLC TO PLAINTIFFS' COMPLAINT
CASE NO. C-08-2742 SI

1  34 contains a full and accurate description of that Water Board document or the events it

2  describes. Pneumo Abex denies the remaining allegations contained in Paragraph 34.

3         35.    Pneumo Abex admits that a Water Board document includes the quoted

4  statement but denies that this statement was a Water Board "finding" and denies that Paragraph

5  35 contains a full and accurate description of that Water Board document or the events it

6  describes. Pneumo Abex denies the remaining allegations contained in Paragraph 35.

7         36.    Pneumo Abex admits that a rod fell into a chrome tank at the former

8  Remco Hydraulics facility at 934 South Main Street, Willits, California in 1982. Pneumo Abex

9  is without sufficient information to form a belief as to the truth of the remaining allegations

10 contained in Paragraph 36 and therefore denies them.

11        37.    Pneumo Abex admits that a Water Board document includes the quoted

12 statement but denies that Paragraph 37 contains a full and accurate description of that Water

13 Board document or the events it describes. Pneumo Abex denies the remaining allegations

14 contained in Paragraph 37.

15        38.    Pneumo Abex admits that the Remco plant management began to develop

16 a Spill Prevention, Control, and Countermeasure Plan in 1982, that various monitoring wells

17 were installed around the facility in 1982, and that the Regional Water Quality Control Board

18 adopted Monitoring and Reporting Program No. 83-11 on April 28, 1983, but denies that

19 Paragraph 38 contains a full and accurate description of Order No. 83-11. Pneumo Abex denies

20 the remaining allegations contained in Paragraph 38.

21        39.    Pneumo Abex is without knowledge or information sufficient to form a

22 belief as to the truth of the alleged date, November 5, 1985. Pneumo Abex denies that Paragraph

23 39 contains a full and accurate description of events at the former Remco Hydraulics facility at

24 934 South Main Street, Willits, California. Pneumo Abex denies the remaining allegations

25 contained in Paragraph 39.

26        40.    Pneumo Abex is without knowledge or information sufficient to form a

27 belief as to the truth of the allegations regarding the DOHS Contact Report, but denies that a

28 violation occurred. Pneumo Abex denies the remaining allegations contained in Paragraph 40.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

ANSWER OF DEFENDANT PNEUMO
ABEX LLC TO PLAINTIFFS' COMPLAINT
CASE NO. C-08-2742 SI

1    41.    Pneumo Abex denies the allegations contained in Paragraph 41.

2    42.    Pneumo Abex admits that Cleanup and Abatement Order No. 90-10 was

3   issued but denies that Paragraph 42 contains a full and accurate description of Order No. 90-10.

4   Pneumo Abex denies the remaining allegations contained in Paragraph 42.

5    43.    Pneumo Abex denies the allegations contained in Paragraph 43.

6    44.    Pneumo Abex admits that Mendocino County Department of Public

7   Health issued a "Notice of Possible Contamination of Your Well" dated March 13, 1991, and

8   posted it on numerous homes near the former Remco Hydraulics facility at 934 South Main

9   Street, Willits, California.  Pneumo Abex is without sufficient information to form a belief as to

10   the truth of the remaining allegations contained in Paragraph 44 and therefore denies them.

11    45.    Pneumo Abex admits that Cleanup and Abatement Order No. 91-70 was

12   issued but denies that Paragraph 45 contains a full and accurate description of Order No. 91-70.

13   Pneumo Abex denies the remaining allegations contained in Paragraph 45.

14    46.    Pneumo Abex admits that the DTSC conducted an inspection of Remco on

15   or about August 14-15, 1991, and contended that violations of California's hazardous waste laws

16   were observed.  Pneumo Abex denies the remaining allegations contained in Paragraph 46.

17    47.    Pneumo Abex is without knowledge or information sufficient to form a

18   belief as to the truth of the allegations contained in Paragraph 47 and therefore denies them.

19    48.    Pneumo Abex is without knowledge or information sufficient to form a

20   belief as to the truth of the allegations contained in Paragraph 48 and therefore denies them.

21    49.    Pneumo Abex admits the allegations contained the first, second, fourth,

22   and fifth sentences of Paragraph 49, that the Regional Water Quality Control Board issued CAO

23   No. 95-94, and that additional CAOs were issued in the late 1990s.  Pneumo Abex denies that the

24   Willits Environmental Remediation Trust is an agent of Pneumo Abex or Whitman, and denies

25   the remaining allegations contained in Paragraph 49.

26    50.    Pneumo Abex admits the allegations contained in Paragraph 50.

27    51.    Pneumo Abex admits that a consent decree was entered in Case No. C-96-

28   0283 (FMS) in August 1997, and that an Amended Final Consent Decree was entered in

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO                                              9

ANSWER OF DEFENDANT PNEUMO
ABEX LLC TO PLAINTIFFS' COMPLAINT
CASE NO. C-08-2742 SI

1   December 2000.  Pneumo Abex denies that Plaintiffs have named the Willits Environmental

2   Remediation Trust as a defendant and that the Willits Environmental Remediation Trust is

3   Pneumo Abex's or Whitman's agent.  Pneumo Abex denies the remaining allegations contained

4   in Paragraph 51.

5             52.    Pneumo Abex is without knowledge or information sufficient to form a

6   belief as to the truth of the allegations contained in Paragraph 52 and therefore denies them.

7             53.    Pneumo Abex is without knowledge or information sufficient to form a

8   belief as to the truth of the allegations contained in Paragraph 53 and therefore denies them.

9             54.    Pneumo Abex admits that Plaintiffs have plead what they have plead.

10  Pneumo Abex denies the remaining allegations contained in Paragraph 54.

11            55.    Pneumo Abex admits that the City of Willits performed sampling in early

12  1998.  Pneumo Abex is without knowledge or information sufficient to form a belief as to the

13  truth of the remaining allegations in Paragraph 55, and therefore denies them.

14            56.    Pneumo Abex denies that Paragraph 56 contains a full and accurate

15  description of conditions at the former Remco Hydraulics facility at 934 South Main Street,

16  Willits, California.  Pneumo Abex denies the remaining allegations contained in Paragraph 56.

17            57.    Pneumo Abex denies that Paragraph 57 contains a full and accurate

18  description of the events and conditions at the former Remco Hydraulics facility at 934 South

19  Main Street, Willits, California.  Pneumo Abex denies the remaining allegations contained in

20  Paragraph 57.

21            58.    Pneumo Abex admits that the declaration of Dr. Anne Farr includes the

22  quoted language, but denies that Paragraph 58 contains a full and accurate description of the

23  declaration or of conditions at the former Remco Hydraulics facility at 934 South Main Street,

24  Willits, California.  Pneumo Abex denies the remaining allegations contained in Paragraph 58.

25            59.    Pneumo Abex admits that the Regional Water Quality Control Board

26  issued Cleanup and Abatement Order No. 98-59, but denies that Order No. 98-59 was issued for

27  the purposes set forth in Paragraph 59 and denies that Paragraph 59 contains a full and accurate

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

ANSWER OF DEFENDANT PNEUMO
ABEX LLC TO PLAINTIFFS' COMPLAINT
CASE NO. C-08-2742 SI

1    description of Order No. 98-59. Pneumo Abex denies any remaining allegations contained in

2    Paragraph 59.

3       60. Pneumo Abex denies the allegations contained in Paragraph 60.

4       61. Pneumo Abex denies that Paragraph 61 contains a full and accurate

5    description of conditions at the former Remco Hydraulics facility at 934 South Main Street,

6    Willits, California. Pneumo Abex denies the remaining allegations contained in Paragraph 61.

7       62. Pneumo Abex admits that the Trust issued a Notice of Additional

8    Qualified Payment but denies that Paragraph 62 contains a full and accurate description of the

9    Notice of Additional Qualified Payment. Pneumo Abex denies the remaining allegations

10    contained in Paragraph 62.

11       63. Pneumo Abex denies the allegation contained in the last sentence of

12    Paragraph 63. Pneumo Abex is without knowledge or information sufficient to form a belief as

13    to the truth of the remaining allegations contained in Paragraph 63.

14

15       64. Pneumo Abex denies each and every allegation contained in Paragraph 64.

16       65. Pneumo Abex denies each and every allegation contained in Paragraph 65.

17    **FIRST CAUSE OF ACTION**

18    (Negligence – All Defendants)

19       66. Pneumo Abex incorporates its answers to Paragraphs 1 through 65 as

20    though fully set forth herein.

21       67. Pneumo Abex denies each and every allegation contained in Paragraph 67.

22       68. Pneumo Abex denies each and every allegation contained in Paragraph 68.

23    **SECOND CAUSE OF ACTION**

24    (Negligence Per Se Against Defendants – All Defendants)

25       69. Pneumo Abex incorporates its answers to Paragraphs 1 through 68 as

26    though fully set forth herein.

27       70. Pneumo Abex denies each and every allegation contained in Paragraph 70.

28       71. Pneumo Abex denies each and every allegation contained in Paragraph 71.

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

11

ANSWER OF DEFENDANT PNEUMO
ABEX LLC TO PLAINTIFFS' COMPLAINT
CASE NO. C-08-2742 SI

72.     Pneumo Abex states that the allegations contained in Paragraph 72 are conclusions of law to which no responses are required.  Pneumo Abex admits that the statute includes the quoted language, but denies that Paragraph 72 contains a full and accurate description of the statute.

73.     Pneumo Abex denies each and every allegation contained in Paragraph 73.

74.     Pneumo Abex denies that it failed to submit any required report to state or federal agencies relating to migration and seepage of toxic substances from the former Remco Hydraulics facility at 934 South Main Street, Willits, California to navigable waters.

75.     Pneumo Abex denies each and every allegation contained in Paragraph 75.

76.     Pneumo Abex states that the allegations contained in Paragraph 76 are conclusions of law to which no responses are required, but to the extent a response is required, Pneumo Abex denies the allegations.

77.     Pneumo Abex denies each and every allegation contained in Paragraph 77.

78.     Pneumo Abex denies each and every allegation contained in Paragraph 78.

## THIRD CAUSE OF ACTION

### (Intentional Infliction of Emotional Distress – All Defendants)

79.     Pneumo Abex incorporates its answers to Paragraphs 1 through 78 as though fully set forth herein.

80.     Pneumo Abex denies each and every allegation contained in Paragraph 80.

81.     Pneumo Abex denies each and every allegation contained in Paragraph 81.

82.     Pneumo Abex denies each and every allegation contained in Paragraph 82.

83.     Pneumo Abex denies each and every allegation contained in Paragraph 83.

84.     Pneumo Abex denies each and every allegation contained in Paragraph 84.

## FOURTH CAUSE OF ACTION

### (Negligence Causing Fear of Cancer or Other Injury – All Defendants)

85.     Pneumo Abex incorporates its answers to Paragraphs 1 through 84 as though fully set forth herein.

86.     Pneumo Abex denies each and every allegation contained in Paragraph 86.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

12

ANSWER OF DEFENDANT PNEUMO
ABEX LLC TO PLAINTIFFS' COMPLAINT
CASE NO. C-08-2742 SI

1     87.    Pneumo Abex denies each and every allegation contained in Paragraph 87.

2     88.    Pneumo Abex denies each and every allegation contained in Paragraph 88.

3                          **FIFTH CAUSE OF ACTION**

4                      (Strict Liability – All Defendants)

5     89.    Pneumo Abex incorporates its answers to Paragraphs 1 through 88 as

6     though fully set forth herein.

7     90.    Pneumo Abex denies each and every allegation contained in Paragraph 90.

8     91.    Pneumo Abex denies each and every allegation contained in Paragraph 91.

9                          **SIXTH CAUSE OF ACTION**

10                         (Nuisance – All Defendants)

11    92.    Pneumo Abex incorporates its answers to Paragraphs 1 through 91 as

12    though fully set forth herein.

13    93.    Pneumo Abex denies each and every allegation contained in Paragraph 93.

14    94.    Pneumo Abex denies each and every allegation contained in Paragraph 94.

15                         **SEVENTH CAUSE OF ACTION**

16                     (Fraudulent Concealment – All Defendants)

17    95.    Pneumo Abex incorporates its answers to Paragraphs 1 through 94 as

18    though fully set forth herein.

19    96.    Pneumo Abex denies each and every allegation contained in Paragraph 96.

20    97.    Pneumo Abex denies each and every allegation contained in Paragraph 97.

21                         **EIGHTH CAUSE OF ACTION**

22                      (Gross Negligence – All Defendants)

23    98.    Pneumo Abex incorporates its answers to Paragraphs 1 through 97 as

24    though fully set forth herein.

25    99.    Pneumo Abex denies each and every allegation contained in Paragraph 99.

26    100.   Pneumo Abex denies each and every allegation contained in Paragraph

27    100.

28

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

13

ANSWER OF DEFENDANT PNEUMO
ABEX LLC TO PLAINTIFFS' COMPLAINT
CASE NO. C-08-2742 SI

1       101.    Pneumo Abex denies each and every allegation contained in Paragraph
2    101.

3                       **NINTH CAUSE OF ACTION**

4                    (Loss of Consortium – All Defendants)

5       102.    Pneumo Abex incorporates its answers to Paragraphs 1 through 101 as
6    though fully set forth herein.

7       103.    Pneumo Abex denies each and every allegation contained in Paragraph
8    103.

9       104.    Plaintiffs assert what they assert.  No response is required by Pneumo
10   Abex.

11      105.    Pneumo Abex denies each and every allegation contained in Paragraph
12   105.

13      106.    Pneumo Abex denies each and every allegation contained in Paragraph
14   106.

15                       **TENTH CAUSE OF ACTION**

16                     (Battery – All Defendants)

17      107.    Pneumo Abex incorporates its answers to Paragraphs 1 through 106 as
18   though fully set forth herein.

19      108.    Pneumo Abex denies each and every allegation contained in Paragraph
20   108.

21      109.    Pneumo Abex denies each and every allegation contained in Paragraph
22   109.

23      110.    Pneumo Abex denies each and every allegation contained in Paragraph
24   110.

25      111.    Pneumo Abex denies each and every allegation contained in Paragraph
26   111.

27      112.    Pneumo Abex denies each and every allegation contained in Paragraph
28   112.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

14

ANSWER OF DEFENDANT PNEUMO
ABEX LLC TO PLAINTIFFS' COMPLAINT
CASE NO. C-08-2742 SI

1

## ELEVENTH CAUSE OF ACTION

2

(Toxic Trespass – All Defendants)

3        113.    Pneumo Abex incorporates its answers to Paragraphs 1 through 112 as

4   though fully set forth herein.

5        114.    Pneumo Abex denies each and every allegation contained in Paragraph

6   114.

7        115.    Pneumo Abex denies each and every allegation contained in Paragraph

8   115.

9        116.    Pneumo Abex denies each and every allegation contained in Paragraph

10  116.

11       117.    Pneumo Abex denies each and every allegation contained in Paragraph

12  117.

13       118.    Pneumo Abex denies each and every allegation contained in Paragraph

14  118.

15

## TWELFTH CAUSE OF ACTION

16

(Willful Misconduct-All Defendants)

17       119.    Pneumo Abex incorporates its answers to Paragraphs 1 through 118 as

18  though fully set forth herein.

19       120.    Plaintiffs omitted paragraph 120 from their Complaint so no response is

20  required.

21       121.    Pneumo Abex denies each and every allegation contained in Paragraph

22  121.

23       122.    Pneumo Abex denies each and every allegation contained in Paragraph

24  122.

25       123.    Pneumo Abex denies each and every allegation contained in Paragraph

26  123.

27

## THIRTEENTH CAUSE OF ACTION

28

(Malicious Toxic Contamination—All Defendants)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

15

ANSWER OF DEFENDANT PNEUMO
ABEX LLC TO PLAINTIFFS' COMPLAINT
CASE NO. C-08-2742 SI

1      124.    Pneumo Abex incorporates its answers to Paragraphs 1 through 123 as

2  though fully set forth herein.

3      125.    Pneumo Abex denies each and every allegation contained in Paragraph

4  125.

5      126.    Pneumo Abex denies each and every allegation contained in Paragraph

6  126.

7      127.    Pneumo Abex denies each and every allegation contained in Paragraph

8  127.

9                          **PRAYER FOR RELIEF**

10      To the extent that the prayer for relief contains any factual allegations, Pneumo

11  Abex denies such factual allegations.  Pnenumo Abex denies that it is liable for any of the relief

12  sought in Plaintiffs' prayer for relief.

13

14              **<u>PNEUMO ABEX'S AFFIRMATIVE DEFENSES</u>**

15      Pneumo Abex hereby asserts the following affirmative defenses without assuming

16  the burden of proof for issues where the burden would not ordinarily be upon the responding

17  party.

18                      **<u>First Affirmative Defense</u>**

19              **(Failure to State a Cause of Action)**

20      One of more of the causes of action asserted in the First Amended Complaint fails

21  to state a claim for which relief can be granted against Pneumo Abex.

22                      **<u>Second Affirmative Defense</u>**

23                  **(Statute of Limitation)**

24      Plaintiffs' claims are barred by the applicable statutes of limitation and statutes of

25  repose.

26                      **<u>Third Affirmative Defense</u>**

27                  **(Workman's Compensation)**

28      Plaintiffs' claims are barred by the applicable workman's compensation statutes.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

16

ANSWER OF DEFENDANT PNEUMO
ABEX LLC TO PLAINTIFFS' COMPLAINT
CASE NO. C-08-2742 SI

1

## **Fourth Affirmative Defense**

2

### **(Unforeseeability)**

3

Any injury that Plaintiffs might have suffered was unforeseeable.

4

## **Fifth Affirmative Defense**

5

### **(Conformance with Statute, Regulations, and Industry Standards)**

6

Pneumo Abex's activities conformed with and were pursuant to statutes,

7

government regulations, and industry standards based upon the state of knowledge existing at the

8

time of the activities.

9

## **Sixth Affirmative Defense**

10

### **(Failure to Mitigate Damages)**

11

Plaintiffs failed to mitigate their alleged damages.

12

## **Seventh Affirmative Defense**

13

### **(Assumption of Risk)**

14

Plaintiffs knowingly and voluntarily assumed the risk, if any, of the damages

15

alleged in the First Amended Complaint.

16

## **Eighth Affirmative Defense**

17

### **(Intervening Acts)**

18

Any injury suffered by Plaintiffs was the result of the subsequent and superceding

19

and intervening acts of some or all of the Plaintiffs, other third parties, and/or acts of God, all of

20

which caused the damages, if any, alleged in the First Amended Complaint.

21

## **Ninth Affirmative Defense**

22

### **(Cause in Fact)**

23

The conduct of Pneumo Abex was not the cause in fact of any damages alleged in

24

the First Amended Complaint.

25

## **Tenth Affirmative Defense**

26

### **(Proximate Cause/Substantial Factor)**

27

The conduct of Pneumo Abex was not the proximate cause of, or a substantial

28

factor in, any damages alleged in the First Amended Complaint.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

17

ANSWER OF DEFENDANT PNEUMO
ABEX LLC TO PLAINTIFFS' COMPLAINT
CASE NO. C-08-2742 SI

1

## Eleventh Affirmative Defense

2

### (Comparative and Contributory Negligence of Plaintiffs)

3    The negligence and/or the intentional misconduct of Plaintiffs proximately caused

4    and/or was a substantial factor in whatever injuries or damages are alleged by Plaintiffs in the

5    First Amended Complaint.

6

## Twelfth Affirmative Defense

7

### (Comparative and Contributory Negligence of Third Parties)

8    The negligence and/or intentional misconduct of third parties proximately caused

9    and/or was a substantial factor in whatever injuries or damages are alleged by Plaintiffs in their

10    First Amended Complaint.

11

## Thirteenth Affirmative Defense

12

### (Laches)

13    By virtue of the Plaintiffs' unreasonable delay in commencing this action against

14    Defendants which delay has caused prejudice to Pneumo Abex, certain of the purported causes

15    of action asserted in the First Amended Complaint are barred by the doctrine of laches.

16

## Fourteenth Affirmative Defense

17

### (Estoppel)

18    Plaintiffs are estopped from asserting the claims alleged in the First Amended

19    Complaint by virtue of their acts, conduct, and omissions.

20

## Fifteenth Affirmative Defense

21

### (Waiver)

22    As a result of their acts, conduct, and omissions, Plaintiffs have waived their right

23    to assert the purported causes of action in the First Amended Complaint.

24

## Sixteenth Affirmative Defense

25

### (No Basis for Attorneys' Fees)

26    Plaintiffs may not recover all or a portion of their claimed attorneys' fees.

27

28    WHEREFORE, Defendants pray as follows:

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

18

ANSWER OF DEFENDANT PNEUMO
ABEX LLC TO PLAINTIFFS' COMPLAINT
CASE NO. C-08-2742 SI

A.     That Plaintiffs' claims for relief against Pneumo Abex are denied;

B.     That Plaintiffs' First Amended Complaint be dismissed in its entirety as against Pneumo Abex;

C.     That Pneumo Abex be awarded its costs, expert consultant's fees, witness' fees and reasonable attorneys' fees; and

D.     For such other relief as the Court deems just and proper.

Dated:  July 28, 2008                          Respectfully submitted,


                                  LATHAM & WATKINS
                                  Ernest J. Getto
                                  Richard W. Raushenbush
                                  Collie F. James
                                  Holly J. Tate


                                  By ___/s/_____
                                      Holly J. Tate
                                      Attorneys for Defendant
                                      Pneumo Abex LLC (successor to Pneumo
                                      Abex Corporation)

SF\663371.1

ANSWER OF DEFENDANT PNEUMO
ABEX LLC TO PLAINTIFFS' COMPLAINT
CASE NO. C-08-2742 SI