LATHAM & WATKINS LLP
   Ernest J. Getto (Bar No. 55662)
   ernest.getto@lw.com
   Richard W. Raushenbush (Bar No. 134983)
   richard.raushenbush@lw.com
   Holly J. Tate (Bar No. 237561)
   holly.tate@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

LATHAM & WATKINS LLP
   Collie F. James (Bar No. 192318)
   collie.james@lw.com
   Charity M. Gilbreth (Bar No. 223504)
   charity.gilbreth@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Defendant Pneumo Abex LLC
(successor to Pneumo Abex Corporation)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY WHITLOCK, ON BEHALF OF HIS DECEASED CHILDREN MELISSA WHITLOCK AND MICHAEL WHITLOCK; FERN SUE BROYLES; SHEBIA CORNETT, AS GUARDIAN *AD LITEM* FOR FRANKLIN WINNEMUCKA; MELISSA ANASTASIOU DALTON, INDIVIDUALLY AND AS GUARDIAN *AD LITEM* FOR KALA SMITH, REBEKAH MABERRY ANASTASIOU AND MICHAEL MABERRY; ANGELA HARRINGTON AS GUARDIAN *AD LITEM* FOR JOHN DAVIES, II, MELISSA DAVIES AND MICHELLE DAVIES; LELAND J. CHALMERS, JR.; WANDA FARMER; LINDA GAYLE FORD; ALVIN E. FORD; TIMOTHY E. FORD; DANIEL W. FORD; TRACY L. FORD; MELINDA J. FORD; JUANITA SHUMAKER; DANIELLE SMITH, INDIVIDUALLY AND AS GUARDIAN *AD LITEM* FOR DANIEL MENDEZ; MARY SWEET; LORETTA THOMSEN; JACK TUTTLE; JO ANN WAKELAND, INDIVIDUALLY AND AS GUARDIAN *AD LITEM* FOR JONATHAN WAKELAND; RALPH WEBER; RUTH | CASE NO. C-08-2742 SI<br><br>**PNUEMO ABEX LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>(Honorable Susan Illston) |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
CASE NO. C-08-2742 SI

| | |
|---|---|
| 1 | WEBER, |
| 2 | Plaintiffs, |
| 3 | v. |
| 4 | PEPSIAMERICAS; WHITMAN CORPORATION PNEUMO ABEX |
| 5 | CORPORATION; DOES 1-XX, |
| 6 | Defendants. |

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
CASE NO. C-08-2742 SI

Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for Defendant Pneumo Abex LLC in this matter, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Pneumo Abex LLC, as successor to Pneumo Abex Corporation, is wholly owned by PCT International Holdings Inc.

PCT International Holdings Inc. is wholly owned by M & F Worldwide Corp., a publicly-traded company.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: July 28, 2008

LATHAM & WATKINS LLP

By    /s/
Holly J. Tate
Attorneys for Defendant
PNEUMO ABEX LLC (successor to Pneumo Abex Corporation)

SF\663549.1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. C-08-2742 SI