1   LATHAM & WATKINS LLP
      Ernest J. Getto (Bar No. 55662)
2     ernest.getto@lw.com
      Richard W. Raushenbush (Bar No. 134983)
3     richard.raushenbush@lw.com
      Holly J. Tate (Bar No. 237561)
4     holly.tate@lw.com
    505 Montgomery Street, Suite 2000
5   San Francisco, California 94111-2562
    Telephone:  (415) 391-0600
6   Facsimile:  (415) 395-8095

7   LATHAM & WATKINS LLP
      Collie F. James (Bar No. 192318)
8     collie.james@lw.com
      Charity M. Gilbreth (Bar No. 223504)
9     charity.gilbreth@lw.com
    650 Town Center Drive, 20th Floor
10  Costa Mesa, CA 92626
    Telephone:  (714) 540-1235
11  Facsimile:  (714) 755-8290

12  Attorneys for Defendants PepsiAmericas, Inc. and
    Pneumo Abex LLC (successor to Pneumo Abex
13  Corporation)

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16  HARRY WHITLOCK, ON BEHALF OF HIS          CASE NO. C-08-2742 SI
    DECEASED CHILDREN MELISSA
17  WHITLOCK AND MICHAEL WHITLOCK;            **STIPULATION AND [PROPOSED]**
    FERN SUE BROYLES; SHEBIA                  **ORDER DISMISSING DEFENDANT**
18  CORNETT, AS GUARDIAN *AD LITEM*           **WHITMAN CORPORATION WITH**
    FOR FRANKLIN WINNEMUCKA;                  **PREJUDICE**
19  MELISSA ANASTASIOU DALTON,
    INDIVIDUALLY AND AS GUARDIAN *AD*         (Honorable Susan Illston)
20  *LITEM* FOR KALA SMITH, REBEKAH
    MABERRY ANASTASIOU AND
21  MICHAEL MABERRY; ANGELA
    HARRINGTON AS GUARDIAN *AD LITEM*
22  FOR JOHN DAVIES, II, MELISSA DAVIES
    AND MICHELLE DAVIES; LELAND J.
23  CHALMERS, JR.; WANDA FARMER;
    LINDA GAYLE FORD; ALVIN E. FORD;
24  TIMOTHY E. FORD; DANIEL W. FORD;
    TRACY L. FORD; MELINDA J. FORD;
25  JUANITA SHUMAKER; DANIELLE
    SMITH, INDIVIDUALLY AND AS
26  GUARDIAN *AD LITEM* FOR DANIEL
    MENDEZ; MARY SWEET; LORETTA
27  THOMSEN; JACK TUTTLE; JO ANN
    WAKELAND, INDIVIDUALLY AND AS
28  GUARDIAN *AD LITEM* FOR JONATHAN

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    WAKELAND; RALPH WEBER; RUTH
     WEBER,
2
                    Plaintiffs,
3
          v.
4
     PEPSIAMERICAS; WHITMAN
5    CORPORATION; PNEUMO ABEX
     CORPORATION; DOES 1-XX,
6
                    Defendants.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

1

2    WHEREAS, the Whitman Corporation served in this action did not come into

3    existence until May 14, 2001, when the name of a corporation unrelated to the Remco facility

4    was changed from Partco, Inc. to Whitman Corporation;

5    WHEREAS, the Whitman Corporation served in this action has no connection to

6    the Remco facility or any of the plaintiffs' allegations or claims asserted in the action;

7    WHEREAS, on January 19, 2001, the Whitman Corporation that is related to the

8    Remco facility merged with PepsiAmericas, Inc., and the combined companies proceeded to

9    operate under the name PepsiAmericas, Inc.;

10    WHEREAS, PepsiAmericas, Inc. is currently a defendant in this action.

11    THEREFORE, subject to Court approval, the parties STIPULATE to dismiss with

12    prejudice the Whitman Corporation that has been served in this action.  The parties further

13    STIPULATE that the Whitman Corporation that has been served in this action is under no

14    ////

15    ////

16    ////

17    ////

18    ////

19    ////

20    ////

21    ////

22    ////

23    ////

24    ////

25    ////

26    ////

27    ////

28    ////

1    obligation to file an answer or otherwise respond to the complaint.

2

3    Dated: August 5, 2008                          LATHAM & WATKINS LLP

4
                                                     By _____
5                                                      Holly J. Tate
                                                       Attorneys for Defendants
6                                                      PepsiAmericas, Inc. and Pneumo Abex LLC
                                                       (successor to Pneumo Abex Corporation)
7
     Dated: August ___, 2008                          WILLIAM SIMPICH, Esq.
8
9                                                     By _____
                                                       William Simpich
10                                                     Attorneys for Plaintiffs

11
     Dated: August 13, 2008                           TESFAYE W. TSADIK, ESQ.
12
13
                                                     By _____
14                                                     Tesfaye W. Tsadik
                                                       Attorneys for Plaintiffs
15

16                    IT IS SO ORDERED.

17   Dated: _____, 2008

18                                                   _____
                                                              HON. SUSAN ILLSTON
     SF\666068.1                                     JUDGE, UNITED STATES DISTRICT COURT
19

20

21

22

23

24

25

26

27

28