1   LATHAM & WATKINS LLP
        Ernest J. Getto (Bar No. 55662)
2       ernest.getto@lw.com
        Richard W. Raushenbush (Bar No. 134983)
3       richard.raushenbush@lw.com
        Holly J. Tate (Bar No. 237561)
4       holly.tate@lw.com
    505 Montgomery Street, Suite 2000
5   San Francisco, California  94111-2562
    Telephone:  (415) 391-0600
6   Facsimile:  (415) 395-8095

7   LATHAM & WATKINS LLP
        Collie F. James (Bar No. 192318)
8       collie.james@lw.com
        Charity M. Gilbreth (Bar No. 223504)
9       charity.gilbreth@lw.com
    650 Town Center Drive, 20th Floor
10  Costa Mesa, CA 92626
    Telephone:  (714) 540-1235
11  Facsimile:  (714) 755-8290

12  Attorneys for Defendants PepsiAmericas, Inc. and
    Pneumo Abex LLC (successor to Pneumo Abex
13  Corporation)

14                  UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16  HARRY WHITLOCK, ON BEHALF OF HIS          CASE NO. C-08-2742 SI
    DECEASED CHILDREN MELISSA
17  WHITLOCK AND MICHAEL WHITLOCK;            **STIPULATION AND [PROPOSED]**
    FERN SUE BROYLES; SHEBIA                  **ORDER DISMISSING DEFENDANT**
18  CORNETT, AS GUARDIAN *AD LITEM*           **WHITMAN CORPORATION WITH**
    FOR FRANKLIN WINNEMUCKA;                  **PREJUDICE**
19  MELISSA ANASTASIOU DALTON,
    INDIVIDUALLY AND AS GUARDIAN *AD*         (Honorable Susan Illston)
20  *LITEM* FOR KALA SMITH, REBEKAH
    MABERRY ANASTASIOU AND
21  MICHAEL MABERRY; ANGELA
    HARRINGTON AS GUARDIAN *AD LITEM*
22  FOR JOHN DAVIES, II, MELISSA DAVIES
    AND MICHELLE DAVIES; LELAND J.
23  CHALMERS, JR.; WANDA FARMER;
    LINDA GAYLE FORD; ALVIN E. FORD;
24  TIMOTHY E. FORD; DANIEL W. FORD;
    TRACY L. FORD; MELINDA J. FORD;
25  JUANITA SHUMAKER; DANIELLE
    SMITH, INDIVIDUALLY AND AS
26  GUARDIAN *AD LITEM* FOR DANIEL
    MENDEZ; MARY SWEET; LORETTA
27  THOMSEN; JACK TUTTLE; JO ANN
    WAKELAND, INDIVIDUALLY AND AS
28  GUARDIAN *AD LITEM* FOR JONATHAN

1  WAKELAND; RALPH WEBER; RUTH
   WEBER,
2
                    Plaintiffs,
3
         v.
4
   PEPSIAMERICAS; WHITMAN
5  CORPORATION; PNEUMO ABEX
   CORPORATION; DOES 1-XX,
6
                    Defendants.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## STIPULATION

1        WHEREAS, the Whitman Corporation served in this action did not come into
existence until May 14, 2001, when the name of a corporation unrelated to the Remco facility
was changed from Partco, Inc. to Whitman Corporation;

        WHEREAS, the Whitman Corporation served in this action has no connection to
the Remco facility or any of the plaintiffs' allegations or claims asserted in the action;

        WHEREAS, on January 19, 2001, the Whitman Corporation that is related to the
Remco facility merged with PepsiAmericas, Inc., and the combined companies proceeded to
operate under the name PepsiAmericas, Inc.;

        WHEREAS, PepsiAmericas, Inc. is currently a defendant in this action.

        THEREFORE, subject to Court approval, the parties STIPULATE to dismiss with
prejudice the Whitman Corporation that has been served in this action.  The parties further
STIPULATE that the Whitman Corporation that has been served in this action is under no

////
////
////
////
////
////
////
////
////
////
////
////
////
////
////

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION TO DISMISS
CASE NO. C-08-2742 SI

1   obligation to file an answer or otherwise respond to the complaint.

2

3   Dated: August 5, 2008                        LATHAM & WATKINS LLP

4
                                                 By _____
5                                                Holly J. Tate
                                                 Attorneys for Defendants
6                                                PepsiAmericas, Inc. and Pneumo Abex LLC
                                                 (successor to Pneumo Abex Corporation)
7
    Dated: August ___, 2008                      WILLIAM SIMPICH, Esq.
8
                                                 By _____
9                                                William Simpich
                                                 Attorneys for Plaintiffs
10

11
    Dated: August 13, 2008                       TESFAYE W. TSADIK, ESQ.
12

13                                               By _____
                                                 Tesfaye W. Tsadik
14                                               Attorneys for Plaintiffs

15

16          IT IS SO ORDERED.

17  Dated: _____, 2008                _____
                                                 HON. SUSAN ILLSTON
18                                               JUDGE, UNITED STATES DISTRICT COURT
    SF\666068.1
19

20

21

22

23

24

25

26

27

28