```
 1  LATHAM & WATKINS LLP
      Ernest J. Getto (Bar No. 55662)
 2    ernest.getto@lw.com
      Holly J. Tate (Bar No. 237561)
 3    holly.tate@lw.com
    505 Montgomery Street, Suite 2000
 4  San Francisco, California 94111-2562
    Telephone: (415) 391-0600
 5  Facsimile: (415) 395-8095

 6  LATHAM & WATKINS LLP
      Collie F. James (Bar No. 192318)
 7    collie.james@lw.com
      Charity M. Gilbreth (Bar No. 223504)
 8    charity.gilbreth@lw.com
    650 Town Center Drive, 20th Floor
 9  Costa Mesa, CA 92626
    Telephone: (714) 540-1235
10  Facsimile: (714) 755-8290

11  Attorneys for Defendants PepsiAmericas, Inc. and
    Pneumo Abex LLC (successor to Pneumo Abex
12  Corporation)
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY WHITLOCK, et. al., | CASE NO. C-08-2742 SI |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER ADDING WRONGFUL DEATH CLAIMS** |
| v. | |
| PEPSIAMERICAS; WHITMAN CORPORATION; PNEUMO ABEX CORPORATION; DOES 1-XX, | (Honorable Susan Illston) |
| Defendants. | |

## STIPULATION

WHEREAS, plaintiffs seek to add two new plaintiffs Kevin Todd and Rebecca Lynne to this action;

WHEREAS, Mr. Todd's and Ms. Lynne's claims are limited to a single cause of action for wrongful death based upon the death of their father, Gerald Duncan;

WHEREAS, Defendants have agreed to the addition of these claims while expressly reserving all rights and defenses related thereto;

WHEREAS, Defendants have agreed that, unless they deem it necessary to file an amended answer, their answers currently on file will apply to the amended complaint.

THEREFORE, subject to Court approval, the parties STIPULATE that the wrongful death claims of Kevin Todd and Rebecca Lynne based on the death of their father Gerald Duncan shall be added to this action and the complaint shall be amended to reflect this addition.

Dated: January 22, 2009

LATHAM & WATKINS

By _____
Holly J. Tate
Attorneys for Defendants
PNEUMO ABEX CORPORATION and
WHITMAN CORPORATION

Dated: January 31, 2009

WILLIAM SIMPICH, Esq.

By _____
William Simpich
Attorneys for Plaintiffs

Dated: January 31, 2009

TESFAYE W. TSADIK, ESQ.

By _____
Tesfaye W. Tsadik
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: _____, 2009

_____
Honorable Susan Illston
UNITED STATES DISTRICT COURT JUDGE