LATHAM & WATKINS LLP
  Ernest J. Getto (Bar No. 55662)
  ernest.getto@lw.com
  Holly J. Tate (Bar No. 237561)
  holly.tate@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-2562
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

LATHAM & WATKINS LLP
  Collie F. James (Bar No. 192318)
  collie.james@lw.com
  Charity M. Gilbreth (Bar No. 223504)
  charity.gilbreth@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone:  (714) 540-1235
Facsimile:  (714) 755-8290

Attorneys for Defendants PepsiAmericas, Inc. and Pneumo Abex LLC (successor to Pneumo Abex Corporation)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY WHITLOCK, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>PEPSIAMERICAS; WHITMAN CORPORATION; PNEUMO ABEX CORPORATION; DOES 1-XX,<br><br>Defendants. | CASE NO. C-08-2742 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS**<br><br>(Honorable Susan Illston) |

**STIPULATION**

WHEREAS, at the January 16, 2009 case management conference in this action, the Court set a briefing schedule for a motion for summary judgment on statute of limitations grounds pursuant to which any such motion was to be filed by July 19, 2009 and the hearing on such motion was to be held on August 21, 2009;

WHEREAS, for much of the time since that case management conference, counsel for the parties in this action have been consumed by the briefing of major dispositive motions in a related case, *Avila, et al. v. Willits Environmental Remediation Trust, et al.*, Case No. 99-3941 SI ("*Avila*"), and the preparations for the May 1, 2009 hearing on those motions and the June 29, 2009 trial on the claims at issue in those motions;

WHEREAS, if the *Avila* case proceeds to trial on June 29, 2009, counsel for the parties in this action will continue to be consumed with trial preparations and the trial itself at least through the end of July 2009;

WHEREAS, because of this intense activity in the *Avila* case and because of the schedules of the plaintiffs, the parties have been unable to schedule the great majority of the depositions that must be taken before Defendants PepsiAmericas, Inc. and Pneumo Abex LLC ("Defendants") can file any motion for summary judgment on statute of limitations grounds;

WHEREAS, as a result, the parties need additional time for the depositions of these plaintiffs and for the briefing of the motion for summary judgment on statute of limitations grounds;

WHEREAS, the parties have already agreed to extend the discovery cut-off for these depositions indefinitely;

WHEREAS, the parties now agree to extend the deadline for the filing of the motion for summary judgment on statute of limitations grounds to September 4, 2009 and the hearing on this motion to October 9, 2009;

THEREFORE, subject to Court approval, the parties STIPULATE that the deadline for Defendants' motion for summary judgment on statute of limitations ground will be moved from July 19, 2009 to September 4, 2009 and the hearing on this motion will be moved

1 from August 21, 2009 to October 9, 2009. The parties further STIPULATE that plaintiffs'
2 opposition to this motion will be due on September 18, 2009 and that Defendants' reply to
3 plaintiffs' opposition to this motion will be due on September 25, 2009.

Dated: June 8, 2009

LATHAM & WATKINS

By _____/s/_____
Holly J. Tate
Attorneys for Defendants
PNEUMO ABEX CORPORATION and
WHITMAN CORPORATION

Dated: June __, 2009

WILLIAM SIMPICH, Esq.

By _____
William Simpich
Attorneys for Plaintiffs

Dated: June __, 2009

TESFAYE W. TSADIK, ESQ.

By _____
Tesfaye W. Tsadik
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: _____, 2009

_____
Honorable Susan Illston
UNITED STATES DISTRICT COURT JUDGE

SF\708142.1