1  LATHAM & WATKINS LLP
      Ernest J. Getto (Bar No. 55662)
2     ernest.getto@lw.com
      Holly J. Tate (Bar No. 237561)
3     holly.tate@lw.com
   505 Montgomery Street, Suite 2000
4  San Francisco, California  94111-2562
   Telephone:  (415) 391-0600
5  Facsimile:  (415) 395-8095

6  LATHAM & WATKINS LLP
      Collie F. James (Bar No. 192318)
7     collie.james@lw.com
      Charity M. Gilbreth (Bar No. 223504)
8     charity.gilbreth@lw.com
   650 Town Center Drive, 20th Floor
9  Costa Mesa, CA 92626
   Telephone:  (714) 540-1235
10 Facsimile:  (714) 755-8290

11 Attorneys for Defendants PepsiAmericas, Inc. and
   Pneumo Abex LLC (successor to Pneumo Abex
12 Corporation)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HARRY WHITLOCK, et. al., | CASE NO. C-08-2742 SI |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS** |
| v. | |
| PEPSIAMERICAS; WHITMAN CORPORATION; PNEUMO ABEX CORPORATION; DOES 1-XX, | |
| Defendants. | (Honorable Susan Illston) |

# STIPULATION

WHEREAS, Defendants' motion for summary judgment on statute of limitations grounds is currently due to be filed on September 4, 2009 and the hearing on such motion is scheduled for October 9, 2009;

WHEREAS, based on these deadlines, the parties worked cooperatively to schedule all necessary depositions of plaintiffs prior to the filing deadline;

WHEREAS, despite counsel's best efforts, three of the scheduled depositions had to be cancelled because either the plaintiff or plaintiff's counsel was ill;

WHEREAS, due to plaintiffs' counsel vacation schedules, the parties are unable to find a mutually convenient time to reschedule these depositions before the week of August 31, 2009;

WHEREAS, as a result of having to reschedule these depositions for that week, the parties need additional time for the briefing of the motion for summary judgment on statute of limitations grounds;

WHEREAS, the parties now agree to extend the deadline for the filing of the motion for summary judgment on statute of limitations grounds by one week to September 11, 2009 and the hearing on this motion to October 16, 2009;

THEREFORE, subject to Court approval, the parties STIPULATE that the deadline for Defendants' motion for summary judgment on statute of limitations ground will be moved from September 4, 2009 to September 11, 2009 and the hearing on this motion will be moved from October 9, 2009 to October 16, 2009. The parties further STIPULATE that plaintiffs' opposition to this motion will be due on September 25, 2009 and that Defendants'

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

1 | reply to plaintiffs' opposition to this motion will be due on October 2, 2009.

2

3 | Dated: August 10, 2009                           LATHAM & WATKINS

4

5 | By _____/s/_____
    Holly J. Tate
    Attorneys for Defendants
6 | PNEUMO ABEX CORPORATION and
    WHITMAN CORPORATION

7

8 | Dated: August 10, 2009                           WILLIAM SIMPICH, Esq.

9

10 | By _____/s/_____
     William Simpich
     Attorneys for Plaintiffs

11

12

13 | Dated: August 10, 2009                          TESFAYE W. TSADIK, ESQ.

14

15 | By _____/s/_____
     Tesfaye W. Tsadik
     Attorneys for Plaintiffs

16

17 |         Pursuant to General Order 45.X.B., I, Holly Tate, certify that William Simpich

18 | and Tesfaye Tsadik have concurred in the filing of this stipulation and proposed order.

19

20 |         **IT IS SO ORDERED.**

21 | DATED:_____, 2009        _____
                                         Honorable Susan Illston
22 |                                      UNITED STATES DISTRICT COURT JUDGE

23 | SF\715763.1