Holly J. Tate
Direct Dial: (415) 395-8096
holly.tate@lw.com

505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel: +1.415.391.0600 Fax: +1.415.395.8095
www.lw.com

# LATHAM&WATKINS LLP



FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Munich |
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |
| Moscow | |

October 1, 2009

**ELECTRONICALLY FILED**

File No. 031458-0011

The Honorable Susan Illston
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 10, 19th Floor
San Francisco, CA 94102

Re: *Whitlock, et al. v. PepsiAmericas, et al.*, Case No. C-08-2742 SI

Dear Judge Illston:

  The parties in this case are scheduled to come before the Court on Friday, October 16, 2009 at 9:00 a.m. for a hearing on Defendants' Motion for Summary Judgment on Statute of Limitations Grounds. For the sake of efficiency, and because the last case management conference ("CMC") in this matter was held almost nine months ago, in January 2009, and because the current case schedule does not provide for any schedule after the October 16th hearing, Defendants request that the Court schedule a case management conference for after the hearing on October 16th. In addition, because of the significant similarity between this action and the *Avila*, *Arlich*, and *Nickerman* cases that counsel for the parties here spent years litigating before this Court, it is Defendants' belief that this case can and should proceed forward as quickly as possible. Holding a CMC on the date of the hearing will facilitate that process because the parties will leave the conference with a full understanding of their next steps and the future deadlines in the case.

  When asked for their support of Defendants' scheduling request, plaintiffs unfortunately refused to provide it. Plaintiffs instead informed Defendants that they would prefer to discuss the scheduling of the next CMC, rather than hold the CMC itself, at the hearing on October 16th. As noted above, Defendants believe that this would be inefficient and would delay the progress of this case unnecessarily. If, however, the Court agrees with plaintiffs or if the Court's schedule

LATHAM&WATKINS LLP

does not permit a CMC to be held on October 16, 2009, Defendants ask, in the alternative, that the next CMC in this case be scheduled for October, 30, 2009.

Respectfully submitted,

Holly J. Tate
of LATHAM & WATKINS LLP

SF\722599.1