| | |
|---|---|
| HARRY WHITLOCK, | No. C 08-02742 SI |
| Plaintiff, | **AMENDED PRETRIAL PREPARATION ORDER** |
| v. | |
| PEPSI AMERICAS, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 18, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 27, 2010.

DESIGNATION OF EXPERTS(non economic) :PLTF 9/10/10; DEFT: 11/12/10.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF( non economic) is Pltf: 10/29/10, Deft: 1/14/11.

DISPOSITIVE MOTIONS **SHALL** be filed by February 4, 2010;

Opp. Due March 18, 2011; Reply Due April 8, 2010;

and set for hearing no later than April 29, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 28, 2011 at 3:30 PM.

JURY TRIAL DATE: July 11, 2011 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court will issue a separate judgment as to the following parties: 1) Dalton, 2) Chalmer, and 3) M. Weber.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge