IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY WHITLOCK, *et al.*, | No. C 08-2742 SI |
| Plaintiffs, | **JUDGMENT AS TO PLAINTIFFS M. DALTON, L. CHALMERS AND R. WEBER (F. R. Civ. P. 54(b))** |
| v. | |
| PEPSI AMERICAS, *et al.*, | |
| Defendants. | |

Defendants' motions for summary judgment were granted as to claims by plaintiffs M. Dalton, L. Chalmers and R. Weber. The Court finds that there is no just reason for delay in entry of judgment as to these three plaintiffs, while the balance of the claims proceed. Accordingly, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, judgment is hereby entered in favor of defendants and against plaintiffs M. Dalton, L. Chalmers and R. Weber.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 9, 2010

SUSAN ILLSTON
United States District Judge