1   LATHAM & WATKINS LLP
      Ernest J. Getto (Bar No. 55662)
2     ernest.getto@lw.com
      Holly J. Tate (Bar No. 237561)
3     holly.tate@lw.com
    505 Montgomery Street, Suite 2000
4   San Francisco, California  94111-2562
    Telephone:  (415) 391-0600
5   Facsimile:  (415) 395-8095

6   LATHAM & WATKINS LLP
      Collie F. James (Bar No. 192318)
7     collie.james@lw.com
      Charity M. Gilbreth (Bar No. 223504)
8     charity.gilbreth@lw.com
    650 Town Center Drive, 20th Floor
9   Costa Mesa, CA 92626
    Telephone:  (714) 540-1235
10  Facsimile:  (714) 755-8290

11  Attorneys for Defendants PepsiAmericas, Inc. and
    Pneumo Abex LLC (successor to Pneumo Abex
12  Corporation)

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16  HARRY WHITLOCK, et. al.,              CASE NO. C-08-2742 SI

                 Plaintiffs,             **STIPULATION AND [PROPOSED]
17                                       ORDER TO CONTINUE JUNE 18, 2010
        v.                               CASE MANAGEMENT CONFERENCE TO
18                                       JUNE 25, 2010**

19  PEPSIAMERICAS; WHITMAN
    CORPORATION; PNEUMO ABEX             (Honorable Susan Illston)
    CORPORATION; DOES 1-XX,
20
                 Defendants.
21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-08-2742 SI

1

## **STIPULATION**

2          WHEREAS, the next case management conference in this matter is set for Friday,

3    June 18, 2010;

4          WHEREAS, counsel for Defendants PepsiAmericas, Inc. and Pneumo Abex LLC

5    (collectively, "Defendants") recently learned that they have a scheduling conflict on that day that

6    will prevent them from attending the status conference either by phone or in person;

7          WHEREAS, both counsel for Plaintiffs and counsel for Defendants are available

8    for a case management conference on Friday, June 25, 2010;

9          THEREFORE, subject to Court approval, the parties STIPULATE that the case

10   / / / /

11   / / / /

12   / / / /

13   / / / /

14   / / / /

15   / / / /

16   / / / /

17   / / / /

18   / / / /

19   / / / /

20   / / / /

21   / / / /

22   / / / /

23   / / / /

24   / / / /

25   / / / /

26   / / / /

27   / / / /

28   / / / /

1   management conference currently scheduled for Friday, June 18, 2010 will be reset for Friday,

2   June 25, 2010.

3   Dated:  April 26, 2010                                    LATHAM & WATKINS

4
                                                             By _____/s/_____
5                                                               Holly J. Tate
                                                                Attorneys for Defendants
6                                                               PNEUMO ABEX CORPORATION and
                                                                WHITMAN CORPORATION
7

8   Dated:  April 26, 2010                                    WILLIAM SIMPICH, ESQ.

9
                                                             By _____
10                                                              William Simpich
                                                                Attorneys for Plaintiffs
11

12  Dated:  April 26, 2010                                    TESFAYE W. TSADIK, ESQ.

13
14
                                                             By _____/s/_____
15                                                              Tesfaye W. Tsadik
                                                                Attorneys for Plaintiffs
16

17  Dated:  April 26, 2010                                    KEITH A. ROBINSON, ESQ.

18
19
                                                             By _____/s/_____
20                                                              Keith A. Robinson
                                                                Attorneys for Plaintiffs
21
22          Pursuant to General Order 45.X.B., I, Holly Tate, certify that Tesfaye Tsadik and

23  Keith Robinson have concurred in the filing of this stipulation and proposed order.

24          **IT IS SO ORDERED.**

25  DATED:_____, 2010

26                                                              Honorable Susan Illston
                                                                UNITED STATES DISTRICT COURT JUDGE
27

28  SF\743075.1