IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY WHITLOCK, | No. C 08-02742 SI |
| Plaintiff, | **2nd AMENDED PRETRIAL PREPARATION ORDER** |
| v. | |
| PEPSI AMERICAS, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>October 1, 2010</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>September 30, 2010</u>.

DESIGNATION OF EXPERTS(non economic) :PLTF <u>9/10/10</u>; DEFT: <u>11/12/10</u>.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF( non economic) is Pltf: <u>10/29/10</u>, Deft: <u>1/14/11</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>February 4, 2011</u>;

     Opp. Due <u>March 18, 2011</u>;  Reply Due <u>April 8, 2011</u>;

     and set for hearing no later than <u>April 29, 2011</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>June 28, 2011</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>July 11, 2011</u> at <u>8:30 AM.</u>,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                                                            _____
                                                                                  SUSAN ILLSTON
                                                                                  United States District Judge