| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |    Ernest J. Getto (Bar No. 55662)<br>   ernest.getto@lw.com |
| 3 | 505 Montgomery Street, Suite 2000<br>San Francisco, California  94111-2562 |
| 4 | Telephone:  (415) 391-0600<br>Facsimile:  (415) 395-8095 |
| 5 | |
| 6 | LATHAM & WATKINS LLP<br>   Collie F. James (Bar No. 192318) |
| 7 |    collie.james@lw.com<br>   Charity M. Gilbreth (Bar No. 223504) |
| 8 |    charity.gilbreth@lw.com<br>650 Town Center Drive, 20th Floor |
| 9 | Costa Mesa, California  92626-1925<br>Telephone:  (714) 540-1235<br>Facsimile:   (714) 755-8290 |

Attorneys for Defendants PepsiAmericas Inc. and Pneumo Abex LLC (successor to Pneumo Abex Corporation)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY WHITLOCK, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>PEPSIAMERICAS; WHITMAN CORPORATION; PNEUMO ABEX CORPORATION; DOES 1-XX,<br><br>          Defendants. | CASE NO. C-08-2742 SI<br><br>**[PROPOSED] ORDER ON STIPULATION TO CONTINUE TRIAL DATE AND MODIFY CASE MANAGEMENT SCHEDULE** |

Having considered the parties' Stipulation to Continue Trial Date and Modify Case Management Schedule, the Court enters the following revised case management schedule:

| Event | New Proposed Date |
|---|---|
| Expert Discovery Cut-off | March 7, 2011 |
| Plaintiffs Rebuttal Expert Reports Due | March 7, 2011 |
| Dispositive Motions Due | April 8, 2011 |
| Dispositive Motions Opposition Due | May 20, 2011 |
| Dispositive Motions Reply Due | June 10, 2011 |
| Hearing re: Dispositive Motions | July 1, 2011 |
| Final Pretrial Conference | August 23, 2011 |
| Jury Trial Begins | September 12, 2011 |

IT IS SO ORDERED.

Dated:  2/2/11      , 2011       By: _____
                                      The Honorable Susan Illston
                                      United States District Court Judge

LATHAM&WATKINS<sup>LLP</sup>  OC\1134803.1
ATTORNEYS AT LAW
ORANGE COUNTY

Case No. C-08-2742 SI
[PROPOSED] ORDER ON STIPULATION TO
CONTINUE TRIAL DATE AND MODIFY CASE
MANAGEMENT SCHEDULE

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 21, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System. Filing via the CM/ECF System constitutes service on all parties listed in the Notice of Electronic Filing pursuant to Section VII.A of General Order No. 10-07.

Dated: January 21, 2011                       _____s/ Charity M. Gilbreth_____
                                                                 Charity M. Gilbreth

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

OC\1134803.1

Case No. C-08-2742 SI
[PROPOSED] ORDER ON STIPULATION TO
CONTINUE TRIAL DATE AND MODIFY CASE
MANAGEMENT SCHEDULE