LATHAM & WATKINS LLP
  Collie F. James (Bar No. 192318)
  collie.james@lw.com
  Charity M. Gilbreth (Bar No. 223504)
  charity.gilbreth@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Defendants PepsiAmericas Inc. and Pneumo Abex LLC (successor to Pneumo Abex Corporation)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY WHITLOCK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PEPSIAMERICAS; WHITMAN CORPORATION; PNEUMO ABEX CORPORATION; DOES 1-XX, <br><br> Defendants. | CASE NO. C-08-2742 SI <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN PLAINTIFFS JOHN DAVIES, DANIEL MENDEZ, AND GERALD DUNCAN AND DEFENDANTS PEPSIAMERICAS; WHITMAN CORPORATION; AND PNEUMO ABEX CORPORATION** <br> [Fed. R. Civ. Proc. 41(a)(1)(A)(ii)] |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

OC\1127974.1

Case No. C-08-2742 SI
Stipulation of Dismissal with Prejudice

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs John Davies, Daniel Mendez, and Kevin and Rebecca Duncan regarding the death of Gerald Duncan ("Plaintiffs") and defendants PepsiAmericas, Whitman Corporation, and Pneumo Abex Corporation ("Defendants") (together, the "Parties") HEREBY STIPULATE AND AGREE that all claims between Plaintiffs and Defendants in the above-captioned action shall be and hereby are DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

Dated: 3/10/, 2011        LATHAM & WATKINS LLP

By: /s/
Charity Gilbreth
Attorneys for Defendants
Pepsi Americas Inc. and Pneumo Abex LLC

Dated: 3/10, 2011         WILLIAM M. SIMPICH

By: 
William M. Simpich, Esq.
Attorneys for Plaintiffs

Dated: 03/10/11, 2011     TESFAYE W. TSADIK, ESQ.

By: 
Tesfaye W. Tsadik, Esq.
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated: 3/14/11, 2011

Honorable Susan Illston
United States District Court Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

OC\1127974.1

Case No. C-08-2742 SI
Stipulation of Dismissal with Prejudice