1  WILLIAM M. SIMPICH, ESQ (SB#106672)
   1736 Franklin Street, Tenth Floor
2  Oakland, CA 94612
   Telephone (510) 444-0226
3  Facsimile (510) 444-1704

4  TESFAYE W. TSADIK, ESQ. (SB#108103)
   1736 Franklin Street, Tenth Floor
5  Oakland, CA 94612
   Telephone (510) 839-3922
6  Facsimile (510) 444-1704

7

8  Attorney's for Plaintiffs

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13

14  HARRY WHITLOCK, et al.,        )    Case No. C-08-2742 SI
                                   )
15          Plaintiffs,            )
        vs.                        )    [PROPOSED] CASE MANAGEMENT
                                   )    ORDER NO. 7
16  PEPSI AMERICAS, et al.,        )
                                   )
17          Defendants.            )
                                   )
18

19
        Federal Rule of Civil Procedure 16(c)(2)(L) specifically authorizes the Court to adopt
20
   "special procedures for managing potentially difficult or protracted actions that may involve
21
   complex issues, multiple parties, difficult legal questions, or unusual proof problems." Pursuant
22
   to Rule 16(c)(2)(L), the Court finds that entry of Case Management Order Number Seven
23
   necessary for the just and efficient resolution of this lawsuit.
24

25      ***A.  Pretrial and Trial Schedule***

26          The Court's hereby adopts the rescheduled pretrial and trial date shown in the

27      Order To Continue Trial Date and Modify Case Management Schedule, dated February 2,

28                                          -1-

2011, which is hereby incorporated as part of this Case Management Order No. 7.

These dates are*:*

| | |
|---|---|
| Expert Discovery Cut-off | March 7, 2011 |
| Plaintiffs Rebuttal Expert Reports Due | March 7, 2011 |
| Dispositive Motions Due | April 8, 2011 |
| Dispositive Motions Opposition Due | May 20, 2011 |
| Dispositive Motions Reply Due | June 10, 2011 |
| Hearing re: Dispositive Motions | July 1, 2011 |
| Final Pretrial Conference | August 23, 2011 |
| Jury Trial Begins | September 12, 2011 |

Further, the parties will participate in private mediation March 7-11, 2011.

**B.   *Production of Articles and Documents Relied on by Guzelian***

Defendants are hereby ordered to produce all documents and articles relied on by Dr. Philip Guzelian in connection with the opinions expressed in his report dated December 30, 2010 by no later than 10 days after the Court signs this Order.

**IT IS SO ORDERED**

Dated:   3/16/11

_____
Honorable Susan Illston
UNITES STATES DISTRICT JUDGE

-2-