William M. Simpich, Esq., SB#106672
Law Offices of William M. Simpich
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone (510) 444-0226
Facsimile (510) 444-1704

Tesfaye W. Tsadik, Esq., SB#108103
Law Offices of Tesfaye W. Tsadik
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone (510) 839-3922
Facsimile (510) 444-1704

Attorneys for Plaintiffs

*IT IS SO ORDERED*
*Susan Illston*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY WHITLOCK, et al. | Case No.: C- 08-2742 SI |
| Plaintiffs, | **Request for Extension of Brief Length** |
| v. | |
| PEPSIAMERICAS, et al. | |
| Defendants, | |

**The motion filed in this toxic tort case is a hybrid motion where the Defendants have made a Daubert request to exclude expert testimony and to obtain summary judgment. In the related Avila case, the defense asked and received permission from the court to submit 40 page briefs to make its case, and also routinely filed separate Daubert motions and motions for summary judgment.**

**Plaintiffs applaud the hybrid motion approach, but point out the obvious difficulty in addressing the different standards for Daubert and a motion for summary judgment in 25**

-1-

1  pages. The plaintiffs are submitting extensive evidence from four experts in making in its
2  case and rebutting the numerous defense experts.  The evidence is extremely technical in
3  nature,, and raises many different issues than were addressed in Avila.  The two Plaintiffs
4  remaining this case have very different factual backgrounds.

6  After great effort in trimming back the length of this brief, the Plaintiffs have pared it
7  down to 31 pages.  After due consideration, the Plaintiffs cannot see any way to shorten it
8  any further.  As the court rule is 25 pages for an opposition brief in a summary judgment
9  matter, the Plaintiffs respectfully request the court to permit filing of this 31-page brief.

11  _____/s/_____
12  **William M. Simpich**
13  **Tesfaye W. Tsadik**
14  **Attorneys for Plaintiffs**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-