IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY WHITLOCK, *et al.*, | No. C 08-2742 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| PEPSI AMERICAS, *et al.*, | |
| Defendants. | |

In an order filed July 13, 2011, the Court granted defendants' motion for summary judgment as to plaintiffs Jo Ann Wakeland and Danielle Smith, the only two plaintiffs remaining whose claims have not already been dismissed or settled. Accordingly, the Court enters judgment in favor of defendants and against plaintiffs Jo Ann Wakeland and Danielle Smith.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 19, 2011

SUSAN ILLSTON
United States District Judge