1  LATHAM & WATKINS LLP
    Collie F. James (Bar No. 192318)
2   collie.james@lw.com
    Charity M. Gilbreth (Bar No. 223504)
3   charity.gilbreth@lw.com
   650 Town Center Drive, 20th Floor
4  Costa Mesa, California  92626-1925
   Telephone:  (714) 540-1235
5  Facsimile:   (714) 755-8290

6  Attorneys for Defendants PepsiAmericas
   Inc. and Pneumo Abex LLC (successor to
7  Pneumo Abex Corporation)

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11
   | HARRY WHITLOCK, et al., | CASE NO. C-08-2742 SI |
   |---|---|
   | Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN CERTAIN PLAINTIFFS AND DEFENDANTS PEPSIAMERICAS; WHITMAN CORPORATION; AND PNEUMO ABEX CORPORATION** |
   | v. | |
   | PEPSIAMERICAS; WHITMAN CORPORATION; PNEUMO ABEX CORPORATION; DOES 1-XX, | |
   | Defendants. | [Fed. R. Civ. Proc. 41(a)(1)(A)(ii)] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs Fern Broyles, Michelle Davies, Timothy Ford, Tracy Ford, Juanita Shumaker, Kala Smith, Mary Sweet, Jack Tuttle, Jonathan Wakeland and Harry Whitlock regarding the death of Michael and Melissa Whitlock ("Plaintiffs") and defendants PepsiAmericas, Whitman Corporation, and Pneumo Abex Corporation ("Defendants") (together, the "Parties") HEREBY STIPULATE AND AGREE that all claims between Plaintiffs and Defendants in the above-captioned action shall be and hereby are DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

Dated: July 18, 2011        LATHAM & WATKINS LLP

By: ___/s/___
Charity Gilbreth
Attorneys for Defendants
Pepsi Americas Inc. and Pneumo Abex LLC

Dated: July 18, 2011        WILLIAM M. SIMPICH

By: ___/s/___
William M. Simpich, Esq.
Attorneys for Plaintiffs

Dated: July 18, 2011        TESFAYE W. TSADIK, ESQ.

By: ___/s/___
Tesfaye W. Tsadik, Esq.
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated: ___7/20___, 2011        ___Susan Illston___
Honorable Susan Illston
United States District Court Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SF\856113.1

Case No. C-08-2742 SI
Stipulation of Dismissal with Prejudice