1    MORGAN, LEWIS & BOCKIUS LLP
     COLLIE F. JAMES, IV, (SBN 192318)
2    cjames@morganlewis.com
     5 Park Plaza, Suite 1750
3    Irvine, CA 92614
     Tel.: 949/399-7000
4    Fax: 949/399-7001

5    CHRISTINA L. SEIN, (SBN 229094)
     csein@morganlewis.com
6    MONIQUE E. CHO, (SBN 251949)
     mcho@morganlewis.com
7    300 South Grand Avenue
     Twenty-Second Floor
8    Los Angeles, CA 90071-3132
     Tel: 213/612-2500
9    Fax: 213/612-2501

10   Attorneys for Defendants
     PEPSIAMERICAS INC. and PNEUMO ABEX LLC
11   (successor to Pneumo Abex Corporation)

12

13                     UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16   HARRY WHITLOCK, et al.                  Case No. C-08-2742-SI

17              Plaintiffs,                   **STIPULATION AND [PROPOSED]
                                             ORDER TO CONTINUE CASE
18        vs.                                MANAGEMENT CONFERENCE**

19   PEPSIAMERICAS; WHITMAN                  (Honorable Susan Illston)
     CORPORATION; PNEUMO ABEX
20   CORPORATION; DOES 1-XX,                 Dept.: Courtroom 10

21              Defendants.

22

23

24

25

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
    IRVINE

C:\Users\mp017055\Desktop\E-Filing\Stipulation and
[Proposed] Order to Continue Case Management

1    Plaintiffs, by and through their undersigned counsel, and Defendants Pneumo Abex

2    Corporation and Whitman Corporation (collectively, "Defendants"), by and through their

3    undersigned counsel, hereby stipulate as follows:

4    WHEREAS, a Case Management Conference is currently scheduled for Friday,

5    August 30, 2013;

6    WHEREAS, only two plaintiffs remain with live claims, Joanne Wakeland and Danielle

7    Smith;

8    WHEREAS, the Parties are in the process of negotiating resolution of these claims and are

9    hopeful that such discussions will be successful;

10   WHEREAS, a critical component of any such settlements will be resolution of pending

11   Medicare and other liens in conjunction with the settlements; and

12   WHEREAS, the Parties are confident that resolution of any relevant liens and execution

13   of the settlements, or alternatively, confirmation that settlement is not possible at this time, can be

14   finalized and completed within sixty days.

15   THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the

16   respective parties hereto, that:  Subject to the approval of the Court, the Case Management

17   Conference in this matter is continued to Friday, November 15, 2013 at 3:00 p.m.

18   Dated: August 28, 2013                    LAW OFFICES OF WILLIAM M. SIMPICH

19

20                                             By    /s/William M. Simpich
                                                    William M. Simpich
21                                                  Attorney for Plaintiffs

22

23                                             LAW OFFICES OF TESFAYE W. TSADIK

24

25                                             By    /s/Tesfaye W. Tsadik
                                                    Tesfaye W. Tsadik
26                                                  Attorney for Plaintiffs

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

C:\Users\mp017055\Desktop\E-Filing\Stipulation and
[Proposed] Order to Continue Case Management

1

CASE NO. C-08-2742 SI
STIP. & [PROP.] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1 | Dated: August 28, 2013 |
| 2 | |
| 3 | |

MORGAN, LEWIS & BOCKIUS LLP
Collie F. James, IV
Christina L. Sein
Monique E. Cho

By    /s/ Collie F. James, IV
    Collie F. James, IV
    Attorneys for Defendants
    PNEUMO ABEX CORPORATION (nka
    Pneumo Abex LLC) and WHITMAN
    CORPORATION (nka Pepsi-Cola
    Metropolitan Bottling Company, Inc.)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   8/28/13

The Honorable Susan Illston
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

C:\Users\mp017055\Desktop\E-Filing\Stipulation and
[Proposed] Order to Continue Case Management

2