1   MORGAN, LEWIS & BOCKIUS LLP
    COLLIE F. JAMES, IV, (SBN 192318)
2   cjames@morganlewis.com
    5 Park Plaza, Suite 1750
3   Irvine, CA  92614
    Tel.: 949/399-7000
4   Fax: 949/399-7001

5   CHRISTINA L. SEIN, (SBN 229094)
    csein@morganlewis.com
6   MONIQUE E. CHO, (SBN 251949)
    mcho@morganlewis.com
7   300 South Grand Avenue
    Twenty-Second Floor
8   Los Angeles, CA  90071-3132
    Tel: 213/612-2500
9   Fax: 213/612-2501

10  Attorneys for Defendants
    PEPSIAMERICAS INC. and PNEUMO ABEX LLC
11  (successor to Pneumo Abex Corporation)

12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15

16  HARRY WHITLOCK, et al.                Case No. C-08-2742-SI

17              Plaintiffs,               **STIPULATION AND [PROPOSED]
                                          ORDER TO CONTINUE CASE
18      vs.                               MANAGEMENT CONFERENCE**

19  PEPSIAMERICAS; WHITMAN                (Honorable Susan Illston)
    CORPORATION; PNEUMO ABEX
20  CORPORATION; DOES 1-XX,               Dept.:  Courtroom 10

21              Defendants.

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 24609459.1

CASE NO. C-08-2742 SI
STIP. & [PROP.] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE

Plaintiffs, by and through their undersigned counsel, and Defendants Pneumo Abex Corporation and Whitman Corporation (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, a Case Management Conference is currently scheduled for Friday, January 17, 2014;

WHEREAS, only two plaintiffs remain with live claims, Joanne Wakeland and Danielle Smith;

WHEREAS, the Parties are in the process of negotiating resolution of these claims and are hopeful that such discussions will be successful;

WHEREAS, a critical component of any such settlements will be resolution of pending Medicare and other liens in conjunction with the settlements; and

WHEREAS, the Parties are confident that resolution of any relevant liens and execution of the settlements, or alternatively, confirmation that settlement is not possible at this time, can be finalized and completed within sixty days.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto, that:  Subject to the approval of the Court, the Case Management Conference in this matter is continued to Friday, March 28, 2014 at 3:00 p.m.

Dated: January 13, 2014                LAW OFFICES OF WILLIAM M. SIMPICH


By ___/s/William M. Simpich_____
    William M. Simpich
    Attorney for Plaintiffs


LAW OFFICES OF TESFAYE W. TSADIK


By ___/s/Tesfaye W. Tsadik_____
    Tesfaye W. Tsadik
    Attorney for Plaintiffs

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 24609459.1

1

1    Dated: January 13, 2014                    MORGAN, LEWIS & BOCKIUS LLP
                                                Collie F. James, IV
2                                               Christina L. Sein
                                                Monique E. Cho
3

4
                                         By    /s/ Collie F. James, IV
5                                              Collie F. James, IV
                                               Attorneys for Defendants
6                                              PNEUMO ABEX CORPORATION (nka
                                               Pneumo Abex LLC) and WHITMAN
7                                              CORPORATION (nka Pepsi-Cola
                                               Metropolitan Bottling Company, Inc.)
8

9

10

11        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12
                    1/14/14
13   Dated: _____            _____
                                               The Honorable Susan Illston
14                                             United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 24609459.1

CASE NO. C-08-2742 SI
STIP. & [PROP.] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE