1

MORGAN, LEWIS & BOCKIUS LLP
COLLIE F. JAMES, IV, (SBN 192318)

2

cjames@morganlewis.com
5 Park Plaza, Suite 1750

3

Irvine, CA  92614
Tel.:    949/399-7000

4

Fax:    949/399-7001

5

MONIQUE E. CHO, (SBN 251949)
mcho@morganlewis.com

6

300 South Grand Avenue
Twenty-Second Floor

7

Los Angeles, CA  90071-3132
Tel:    213/612-2500

8

Fax:    213/612-2501

9

Attorneys for Defendants
PEPSIAMERICAS INC. and PNEUMO ABEX LLC

10

**IT IS SO ORDERED**

*Susan Illston*

Judge Susan Illston

The case management conference has
been continued to 11/7/14 @ 3 p.m.

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA

13

14

HARRY WHITLOCK, et al.,

Case No. C-08-2742-SI

15

Plaintiffs,

**JOINT CASE MANAGEMENT
CONFERENCE STATEMENT**

16

vs.

(Honorable Susan Illston)

17

PEPSIAMERICAS; WHITMAN
CORPORATION; PNEUMO ABEX
CORPORATION; DOES 1-XX,

Date:        September 19, 2014
Time:        3:00 p.m.
Dept.:       Courtroom 10

18

19

Defendants.

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
Attorneys at Law
Irvine

DB2/ 25267195.1

JOINT CASE MGMT CONF. STMNT
CASE NO. C-08-2742-SI

1       Plaintiffs, by and through their undersigned counsel, and Defendants Pepsi Metropolitan

2   Bottling Company, Inc. (f/k/a PepsiAmericas, Inc.), Pneumo Abex Corporation and Whitman

3   Corporation (collectively, "Defendants"), by and through their undersigned counsel, hereby

4   stipulate as follows:

5       WHEREAS, five plaintiffs remain with live claims;

6       WHEREAS, on July 31, 2014 an order was issued setting a Settlement Conference and

7   Settlement Conference Order before Magistrate Judge Kandis A. Westmore. on August 18, 2014,

8   at 11:00 AM in Courtroom 4, 3rd Floor, Oakland;

9       WHEREAS, a further Status Conference Status is scheduled for September 19, 2014;

10      WHEREAS, Plaintiffs and Defendants agree that the best way to achieve settlement on

11  the remaining claims is to engage the services of the mediator who has successfully presided over

12  the multiples weeks of mediation on other plaintiffs' claims in the related *Avila* and *Nickerman*

13  actions and in the claims of other settled plaintiffs in this action;

14      WHEREAS, the parties have engaged the mediator and secured her services for

15  October 14, 2014, the next available date; and

16      WHEREAS, the Parties believe that the interests of efficiency are best served if the

17  Settlement Conference before Magistrate Judge Westmore is taken off calendar and the Status

18  Conference is rescheduled for after the October 14, 2014 mediation.

19      THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the

20  respective parties hereto and subject to the approval of the Court, that:

21      1.    The Settlement Conference before Magistrate Judge Westmore scheduled for

22  August 18, 2014, shall be taken off calendar.

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
Attorneys at Law
Irvine

DB2/ 25267195.1

1

JOINT CASE MGMT CONF. STMNT
CASE NO. C-08-2742-SI

1          2.      The Status Conference scheduled for September 19, 2014, shall be continued to

2   October 24, 2014, or the next available date convenient for the Court.

3

4   Dated: August 12, 2014                    MORGAN, LEWIS & BOCKIUS LLP

5                                             By     /s/ Collie F. James, IV
                                                     Collie F. James, IV
6                                                    Attorneys for Defendants
                                                     PEPSIAMERICAS INC. and PNEUMO
7                                                    ABEX LLC

8   Dated: August 12, 2014                    LAW OFFICES OF TESFAYE W. TSADIK

9

10                                            By     /s/ Tesfaye W. Tsadik
                                                     Tesfaye W. Tsadik
11                                                   Attorneys for Plaintiffs

12  Dated: August 12, 2014                    LAW OFFICES OF WILLIAM M. SIMPICH

13                                            By     /s/ William M. Simpich
                                                     William M. Simpich
14                                                   Attorneys for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
Attorneys at Law
Irvine

DB2/ 25267195.1

2

JOINT CASE MGMT CONF. STMNT
CASE NO. C-08-2742-SI