MORGAN, LEWIS & BOCKIUS LLP
COLLIE F. JAMES, IV, (SBN 192318)
cjames@morganlewis.com
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel.: 949/399-7000
Fax: 949/399-7001

MONIQUE E. CHO, (SBN 251949)
mcho@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213/612-2500
Fax: 213/612-2501

Attorneys for Defendants
PEPSIAMERICAS INC. and PNEUMO ABEX LLC

**GRANTED**
*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY WHITLOCK, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PEPSIAMERICAS; WHITMAN CORPORATION; PNEUMO ABEX CORPORATION; DOES 1-XX, <br><br> Defendants. | Case No. C-08-2742-SI <br><br> **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO MARCH 20, 2015** <br><br> (Honorable Susan Illston) <br><br> Date: February 27, 2015 <br> Time: 3:30 p.m. <br> Dept.: Courtroom 10 |

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
Irvine

DB2/ 25753794.1

JOINT STIP RE: CASE MGMT CONF.
CASE NO. C-08-2742-SI

    Plaintiffs, by and through their undersigned counsel, and Defendants Pepsi Metropolitan Bottling Company, Inc. (f/k/a PepsiAmericas, Inc.), Pneumo Abex Corporation and Whitman Corporation (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

    WHEREAS, Danielle Smith is the only remaining plaintiff in this action;

    WHEREAS, Plaintiff previously filed a motion seeking to amend the scheduling order to permit supplements to certain expert reports in support of Plaintiff's claims;

    WHEREAS, on or about February 11, 2015, this Court issued an order granting Plaintiff's motion;

    WHEREAS, the Court further scheduled a Status Conference Status for February 27, 2015;

    WHEREAS, Plaintiffs and Defendants agree that additional time is needed to confer regarding the possibility of settlement, the case issues, and an appropriate schedule; and

    WHEREAS, the parties are available on March 20, 2015, and have agreed that a continuance of the Case Management Conference to that date is appropriate, subject to the Court's availability.

    THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto and subject to the approval of the Court, that:

    1.    The Status Conference scheduled for February 27, 2015, shall be continued to March 20, 2015 at 3:30 p.m., or the next available date convenient for the Court.

Dated: February 23, 2015                    MORGAN, LEWIS & BOCKIUS LLP

                                                      By   /s/ Collie F. James, IV
                                                               Collie F. James, IV
                                                               Attorneys for Defendants
                                                               PEPSIAMERICAS INC. and PNEUMO ABEX LLC

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
Irvine

DB2/ 25753794.1

1

JOINT STIP RE: CASE MGMT CONF
CASE NO. C-08-2742-SI

| | | |
|---|---|---|
| 1 | Dated: February 23, 2015 | LAW OFFICES OF TESFAYE W. TSADIK |
| 2 | | |
| 3 | | By   /s/ Tesfaye W. Tsadik |
| | | Tesfaye W. Tsadik |
| 4 | | Attorneys for Plaintiffs |
| 5 | Dated: February 23, 2015 | LAW OFFICES OF WILLIAM M. SIMPICH |
| 6 | | By   /s/ William M. Simpich |
| 7 | | William M. Simpich |
| | | Attorneys for Plaintiffs |

MORGAN, LEWIS &
BOCKIUS LLP
Attorneys at Law
Irvine

DB2/ 25753794.1

2

JOINT STIP RE: CASE MGMT CONF
CASE NO. C-08-2742-SI