IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE SMITH, | No. C 08-02742 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| PEPSI AMERICAS, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: n/a at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 26, 2015.

DESIGNATION OF EXPERTS/REPORTS:
pltf: 7/17/15, deft: 8/28/15, pltf responsive: 9/25/15.
  Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is .

DISPOSITIVE MOTIONS **SHALL** be filed by October 23, 2015 ;

  Opp. Due Novmeber 20, 2015;  Reply Due December 11, 2015;

  and set for hearing no later than January 15, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 19, 2016 at 3:30 PM.

JURY TRIAL DATE: May 2, 2015 at 8:30 AM.,
  Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff shall produce it's response to the questionnaires previously used in this action by April 24, 2015.
The case caption shall be Danielle Smith vs. Pepsiamericas.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/24/15

SUSAN ILLSTON
United States District Judge