1  MORGAN, LEWIS & BOCKIUS LLP
   COLLIE F. JAMES, IV, (SBN 192318)
2  cjames@morganlewis.com
   5 Park Plaza, Suite 1750
3  Irvine, CA  92614
   Tel.:  949/399-7000
4  Fax:  949/399-7001

5  MONIQUE E. CHO, (SBN 251949)
   mcho@morganlewis.com
6  300 South Grand Avenue
   Twenty-Second Floor
7  Los Angeles, CA  90071-3132
   Tel:  213/612-2500
8  Fax:  213/612-2501

9  Attorneys for Defendants
   PEPSIAMERICAS, INC., PNEUMO ABEX
10 CORPORATION and WHITMAN CORPORATION

11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14

15 HARRY WHITLOCK, et al.                 | Case No. C-08-2742-SI

16          Plaintiffs,                   | **STIPULATION AND [PROPOSED]**
                                          | **ORDER TO MODIFY CERTAIN PRE-**
17          vs.                           | **TRIAL DATES**

18 PEPSIAMERICAS; WHITMAN                 | (Honorable Susan Illston)
   CORPORATION; PNEUMO ABEX
19 CORPORATION; DOES 1-XX,                | Trial Date:  May 2, 2016
                                          | Time:        8:30 a.m.
20          Defendants.                   | Dept.:       Courtroom 10

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
ATTORNEYS AT LAW
    IRVINE

DB2/ 26390429.1

1   Plaintiff, by and through her undersigned counsel, and Defendants Pepsi Metropolitan

2   Bottling Company, Inc. (f/k/a PepsiAmericas, Inc.), Pneumo Abex Corporation and Whitman

3   Corporation (collectively, "Defendants"), by and through their undersigned counsel, hereby

4   stipulate as follows:

5       WHEREAS, pursuant to this Court's March 23, 2015 Order, Dkt. 273, trial in this matter

6   is currently scheduled for Monday, May 2, 2016 at 8:30 a.m.;

7       WHEREAS, Danielle Smith is the sole remaining plaintiff in this action;

8       WHEREAS, the Parties are in the process of negotiating resolution of Plaintiff's claims

9   and are hopeful that such discussions will be successful;

10      WHEREAS, the Parties believe that it would be mutually beneficial to have additional

11  time to further explore settlement options, as well as to complete outstanding expert discovery;

12      THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the

13  respective parties hereto, that certain pre-trial dates shall be modified as follows, subject to the

14  approval of the Court:

15

16

| Deadline | Current Deadline | Proposed New Deadline |
|---|---|---|
| Expert Discovery Cutoff | 10/16/15 | 11/20/15 |
| File Dispositive Motion(s) | 10/23/15 | 11/20/15 |
| Opposition to Motion(s) | 11/20/15 | 1/8/16 |
| Reply to Motion(s) | 12/11/15 | 1/29/16 |
| Motion Hearing | 1/15/16 at 9:00 a.m. | 2/19/16 at 9:00 a.m., or as soon thereafter as the Court is available |

23      All other pre-trial dates shall remain as previously ordered.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 26390429.1

1

CASE NO. C-08-2742 SI
STIP. & [PROP.] ORDER TO MODIFY
CERTAIN PRE-TRIAL DATES

1

Dated: October 21, 2015                    LAW OFFICES OF WILLIAM M. SIMPICH

2

                                           By    /s/ William M. Simpich

3                                                William M. Simpich
                                                 Attorney for Plaintiffs

4
                                           LAW OFFICES OF TESFAYE W. TSADIK

5

                                           By    /s/ Tesfaye W. Tsadik

6                                                Tesfaye W. Tsadik
                                                 Attorney for Plaintiffs

7

Dated: October 21, 2015                    MORGAN, LEWIS & BOCKIUS LLP

8

9                                          By    /s/ Collie F. James, IV
                                                 Collie F. James, IV

10                                               Attorneys for Defendants
                                                 PNEUMO ABEX CORPORATION (nka

11                                               Pneumo Abex LLC) and WHITMAN
                                                 CORPORATION (nka Pepsi-Cola

12                                               Metropolitan Bottling Company, Inc.)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 26390429.1

2

CASE NO. C-08-2742 SI
STIP. & [PROP.] ORDER TO MODIFY
CERTAIN PRE-TRIAL DATES

# [PROPOSED] ORDER

In light of the foregoing STIPULATION of the Parties, the Court hereby orders that certain pre-trial dates shall be modified as follows:

| Deadline | Current Deadline | Proposed New Deadline |
|---|---|---|
| Expert Discovery Cutoff | 10/16/15 | 11/20/15 |
| File Dispositive Motion(s) | 10/23/15 | 11/20/15 |
| Opposition to Motion(s) | 11/20/15 | 1/8/16 |
| Reply to Motion(s) | 12/11/15 | 1/29/16 |
| Motion Hearing | 1/15/16 at 9:00 a.m. | 2/19/16 at 9:00 a.m., or as soon thereafter as the Court is available |

All other pre-trial dates shall remain as previously ordered.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _10/29/15_____

_____
The Honorable Susan Illston
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 26390429.1

3

CASE NO. C-08-2742 SI
STIP. & [PROP.] ORDER TO MODIFY
CERTAIN PRE-TRIAL DATES