UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE SMITH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PEPSI AMERICAS, *et al.*,<br><br>Defendants. | Case No. 08-cv-02742-SI<br><br>**ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY AND FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 280 |

Defendants' motion to exclude expert testimony and for summary judgment is scheduled for a hearing on February 26, 2016. Pursuant to Civil Local Rule 7-1(b), the Court determines that this motion is suitable for resolution without oral argument, and VACATES the hearing.

Defendants move to exclude in part the expert testimony of Dr. Vera Byers, Dr. Rod O'Connor, and Dr. Linda Remy. Defendants contend that these experts' testimony is unreliable and does not provide evidence in support of plaintiff Smith's claims of reproductive injuries and for medical monitoring. Based upon the record before the Court, as well as the procedural history of this case,[1] the Court concludes that defendants' arguments go to the weight and not the admissibility of the expert testimony, that they are the proper subjects for cross-examination, and

---

[1] On April 22, 2011, defendants filed a motion to exclude in part the expert testimony of Dr. Vera Byers, Dr. Rod O'Connor, and Dr. William Sawyer, as well as a motion for summary judgment on plaintiff's claims. The Court granted the motion and entered summary judgment in favor of defendants. Plaintiff appealed, and on May 16, 2013, the Ninth Circuit affirmed in part and reversed in part, and reinstated plaintiff's claims based on exposure to hexavalent chromium. Dkt. No. 239. The Ninth Circuit held, *inter alia*, that the Court had improperly excluded certain of plaintiff's experts' opinions.

that there are triable issues of fact regarding plaintiff's claims. The Court also finds that plaintiff may rely on Dr. O'Connor's report that he prepared in the related *Avila* case. Accordingly, the Court DENIES defendants' motion.

**IT IS SO ORDERED**.

Dated: February 19, 2016

SUSAN ILLSTON
United States District Judge