# Morgan Lewis

**Collie F. James, IV**
Partner
+1.949.399.7199
collie.james@morganlewis.com

*GRANTED*
*Judge Sallie Kim*
*March 21, 2016*

March 18, 2016

**VIA CM/ECF**

The Honorable Sallie Kim
Magistrate Judge of the United States District Court
Northern District of California
San Francisco Courthouse
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Whitlock, et al. v. PepsiAmericas, et al.*, Case No. C-08-2742-SI:
<u>Request to Appear Telephonically at Settlement Conference</u>

Dear Magistrate Judge Kim:

As set forth in the March 17, 2016 Notice of Settlement Conference and Settlement Conference Order, the Court set a Settlement Conference in this matter for Friday, April 1, 2016 at 9:30 a.m. Defendants Pepsi Metropolitan Bottling Company, Inc. f/k/a PepsiAmericas, Inc. ("Pepsi"), Pneumo Abex Corporation and Whitman Corporation (collectively, "Defendants") respectfully request leave for Charles Biener, Senior Litigation Counsel at PepsiCo Inc., to appear at the Settlement Conference by telephone. Counsel for Plaintiff Danielle Smith have been informed about this request and have consented to a telephonic appearance by Mr. Biener.

Mr. Biener resides in New York and unfortunately is unable to attend the Settlement Conference in person due to scheduling conflicts. Because trial is set to begin on May 2, 2016, the trial schedule cannot accommodate any continuance of the Settlement Conference. To address any concerns the Court may have about permitting Mr. Biener to attend the conference by telephone, I will be present in person at the Settlement Conference on Defendants' behalf, with absolute and unlimited settlement authority. I have been lead counsel for Defendants in this matter and in related actions arising from the same underlying facts for over ten years. Pepsi is a party to this litigation only as a result of a series of unrelated corporate transactions and has never operated the facility at issue. In my capacity as lead counsel, I have developed a deep understanding of the facts and issues involved in the litigation, and am well-situated to represent Defendants' interests based on my experience and knowledge. I have also led six rounds of mediations, spanning more than four weeks, over the course of the litigation.

The parties have discussed the proposed arrangement for the Settlement Conference, and Ms. Smith's counsel have informed me that they consent to Defendants' request. The parties believe

The Honorable Sallie Kim
March 18, 2016
Page 2

that both sides will benefit from the Court's involvement at this stage in the settlement discussions, and look forward to appearing before Your Honor on April 1, 2016.  I will attend in person on that date with full settlement authority on Defendants' behalf.

Sincerely,


/s/ Collie F. James, IV

Collie F. James, IV

CFJ/kcr
cc: Tesfaye Tsadik
    William Simpich