UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>PEPSI AMERICAS, *et al.*,<br><br>        Defendants. | Case No. 08-cv-02742-SI<br><br>**ORDER RE: PRETRIAL CONFERENCE STATEMENT** |

The pretrial conference in this case is scheduled for April 19, 2016 at 3:30 p.m. In light of the parties' ongoing settlement efforts, the Court will extend the deadline to file the pretrial conference statement from April 5, 2016 to **April 12, 2016**.

**IT IS SO ORDERED**.

Dated: April 1, 2016

_____
SUSAN ILLSTON
United States District Judge